UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-2303-CBM(MAAx) | Date | JUNE 4, 2020 |
| Title | Chris Hashem v. NMC Health Plc et al | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that Plaintiff's motion to consolidate cases and motion for appointment of counsel and lead plaintiff [8], currently scheduled for hearing on June 9, 2020, is appropriate for decision without oral argument.

Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated.  No appearances are necessary on June 9, 2020.  A written order will issue.

IT IS SO ORDERED.

cc: all parties