Patrick V. Dahlstrom (pro hac vice)
pdahlstrom@pomlaw.com
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
[Additional Counsel on Signature Page]
*Counsel for Plaintiffs/Lead-Plaintiff Movants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similar Situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, et al.<br><br>Defendants. | Case No. 2:20-cv-02303-CBM-MAA<br><br>**PLAINTIFFS/LEAD-PLAINTIFF MOVANTS' NOTICE TO COURT OF BANKRUPTCY PETITION AFFECTING CLAIMS AGAINST NMC HEALTH PLC** |
| SHENGMING HUANG, Individually and on Behalf of All Others Similar Situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, et al.<br><br>Defendants. | Case No. 2:20-cv-02895-CBM-MAA |

Pls/Lead Pl Movants' Notice Court Bankr. Pet. Affecting Claims Against NMC Health plc, Case No. 2:20-cv-02895-CBM-MAA

1

Plaintiffs/Lead-Plaintiff Movants Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Movants"),[1] individually and on behalf of all other persons similarly situated, by their undersigned attorneys, and by this notice, hereby inform the Court that a petition for recognition of a foreign bankruptcy proceeding under Chapter 15 of the Bankruptcy Code has been filed in the United States Bankruptcy Court for the District of Delaware by NMC Health plc, the corporate defendant in this action, a copy of which is attached hereto as Exhibit A.  Movants understand that the automatic stay provision of the Bankruptcy Code will be applicable to NMC Health plc (but only NMC Health plc) if its petition is granted, and that the Delaware bankruptcy court has provisionally applied the stay to the company during the pendency of the petition. Accordingly, Movants understand that this action is stayed as to the corporate defendant, but only that defendant.

As none of the individual defendants have filed for bankruptcy, all of the claims against them remain— "the automatic stay does not apply to actions against non-debtors." *Solidus Networks, Inc. v. Excel Innovations, Inc. (In re Excel Innovations, Inc.*, 502 F.3d 1086, 1096 (9th Cir. 2007); *see also Dish Network, LLC v. Jadoo Tv, Inc.*, Case No. CV 18-9768-FMO (KSx), 2019 U.S. Dist. LEXIS 165946, *13 (C.D. Cal. Aug. 14, 2019) ("'It is clearly established that the automatic stay does not apply to non-bankrupt co-defendants of a debtor even if they are in a similar legal or factual nexus with the debtor.'") (quoting *Seiko Epson Corp. v. Nu-Kote Int'l, Inc.*, 190 F.3d 1360, 1364 (Fed. Cir. 1999)).  Accordingly, the claims against the non-bankrupt individuals (all directors and officers of NMC Health plc) are not stayed by NMC Health plc's bankruptcy petition and should proceed.[2] *See, e.g.*, *Cohen v. Stratosphere Corp.*,

---

[1] On May 11, 2020, Movants jointly moved for consolidation and appointment as lead plaintiffs.  ECF No. 8, Case no. 2:20-cv-02303-CBM-MAA.  On June 4, 2020, the Court took the motion for consolidation and appointment under submission.

[2] Movants are in the process of serving Defendants Prasanth Manghat, Khalifa Bin Butti, B.R. Shetty, Prashanth Shenoy, and H.J. Mark Tompkins, who reside abroad.

Pl/Lead Pl Movant's Notice Court Bankr. Pet. Affecting Claims Against NMC Health plc, Case Nos. 2:20-cv-02303-CBM-MAA; 2:20-cv-02895-CBM-MAA

2

115 F.3d 695, 697 (9th Cir. 1997) (noting that securities-fraud class action was stayed as to the bankrupt Stratosphere corporation, while allowing appeal to proceed against "individuals or corporations that were connected to the offering either as directors, officers or shareholders of Stratosphere, contractors with Stratosphere, or preferred purchasers of the offered securities").

Dated:        June 10, 2020                 Respectfully Submitted,

                                            _____/s/ Patrick V. Dahlstrom_____
                                            **POMERANTZ LLP**
                                            Patrick V. Dahlstrom
                                            Joshua B. Silverman
                                            Jared M. Schneider
                                            10 South LaSalle Street, Suite 3505
                                            Chicago, Illinois 60603
                                            Telephone:  (312) 377-1181
                                            Email:  pdahlstrom@pomlaw.com
                                                    jbsilverman@pomlaw.com
                                                    jschneider@pomlaw.com

                                            Jennifer Pafiti (SBN 282790)
                                            1100 Glendon Avenue, 15th Fl.
                                            Los Angeles, CA 90024
                                            Telephone:  (310) 405-7190
                                            Email:  jpafiti@pomlaw.com

                                            _____/s/ Laurence M. Rosen_____
                                            **THE ROSEN LAW FIRM, P.A.**
                                            Laurence M. Rosen (SBN 219683)
                                            355 South Grand Avenue, Suite 2450
                                            Los Angeles, CA 90071
                                            Telephone:  (213) 785-2610
                                            Email:  lrosen@rosenlegal.com

                                            Stephen Shepardson
                                            275 Madison Avenue, 40th Fl.
                                            New York, NY 10016
                                            Telephone:  (212) 686-1060
                                            Email:  sshepardson@rosenlegal.com

*Attorneys for Plaintiffs/Lead Plaintiff Movants*

Pl/Lead Pl Movant's Notice Court Bankr. Pet. Affecting Claims Against NMC Health plc, Case Nos. 2:20-cv-02303-CBM-MAA; 2:20-cv-02895-CBM-MAA

4

## PROOF OF SERVICE BY MAIL

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  On June 10, 2020, I served a true and correct copy of the foregoing *Plaintiffs/Lead-Plaintiff Movants' Notice to Court of Bankruptcy Petition Affecting Claims Against NMC Health plc* on each of the below-identified parties, by placing the foregoing in a sealed envelope bearing the below last known address of the corresponding party and depositing the same in a FedEx drop box that same day in the ordinary course of business with shipping fees thereon fully prepaid at Chicago, Illinois.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 10th day of June, 2020, at Chicago, Illinois.

*/s/ Jared M. Schneider*
Jared M. Schneider

NMC HEALTH PLC
DEVONSHIRE HOUSE, LEVEL 1
ONE MAYFAIR PLACE
LONDON W1J 8AJ
UNITED KINGDOM

KHALIFA BIN BUTTI
DEVONSHIRE HOUSE, LEVEL 1
ONE MAYFAIR PLACE
LONDON W1J 8AJ
UNITED KINGDOM

B.R. SHETTY
DEVONSHIRE HOUSE, LEVEL 1
ONE MAYFAIR PLACE

LONDON W1J 8AJ
UNITED KINGDOM

PRASHANTH SHENOY
DEVONSHIRE HOUSE, LEVEL 1
ONE MAYFAIR PLACE
LONDON W1J 8AJ
UNITED KINGDOM

PRASANTH MANGHAT
DEVONSHIRE HOUSE, LEVEL 1
ONE MAYFAIR PLACE
LONDON W1J 8AJ
UNITED KINGDOM

H.J. MARK TOMPKINS
DEVONSHIRE HOUSE, LEVEL 1
ONE MAYFAIR PLACE
LONDON W1J 8AJ
UNITED KINGDOM