UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 20-CV-2303-CBM-(MAAx) Related Case: 20-cv-2895-CBM-(MAAx) | Date | September 24, 2020 |
|---|---|---|---|

| Title | Chris Hashem, et al. v. NMC Health PLC, et al. |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

YOLANDA SKIPPER                           NOT REPORTED
Deputy Clerk                                    Court Reporter

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:
NONE PRESENT                              NONE PRESENT

**Proceedings:**       **IN CHAMBERS- ORDER RE DKT. NO. 8**

Pending before the Court is Plaintiffs' motion to consolidate cases as to 2:20-cv-2895-CBM-MAA, and for appointment of lead counsel and lead plaintiff. (Dkt. No. 8.) Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad filed a notice of non-opposition informing the Court that no competing motions for appointment as lead plaintiff and approval of counsel were filed. (Dkt. No. 13.)

The motion is **GRANTED**. This Court has previously found Case No. 20-2303 and Case No. 20-2895 to be related, as the two cases arise from the same transactions, happenings, and events. (*See* No. 20-2895, Dkt. No. 14.) Therefore, consolidation of the cases is appropriate under Fed. R. Civ. P. 42(a). The Court appoints Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad as lead plaintiffs. *See* Fed. R. Civ. P. 23, 15 U.S.C. § 78u-4(a)(3). Lead Plaintiffs' choice of counsel is approved, and the Rosen Law Firm, P.A. and Pomerantz, LLP are appointed as co-lead counsel.

Therefore, Case No. 20-2303 and 20-2895 are consolidated for all purposes. The docket in Case No. 20-2303 shall constitute the Master Docket for this action.

**IT IS SO ORDERED.**

cc:all parties