Laurence M. Rosen (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
(213) 785-2610
[Additional Counsel on Signature Page]

*Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similar Situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, et al.<br><br>Defendants. | Case No. 2:20-cv-02303-CBM-MAA<br><br>**STATUS REPORT** |

Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Plaintiffs") respectfully submit this Status Report pursuant to this Court's Order dated September 4, 2020 (*see* ECF No. 20).

Plaintiffs submit the following update:

On May 11, 2020, Plaintiffs submitted a motion to consolidate this case with *Huang v. NMC Health et al.*, No. 2:20-cv-02895-CBM-MAA, and to appoint lead plaintiffs and lead counsel.

On June 9, 2020, Plaintiffs filed a Notice to Court of Bankruptcy Petition Affecting Claims Against NMC Health PLC ("NMC"), to inform the Court that NMC petitioned the Bankruptcy Court for the District of Delaware for recognition of a foreign bankruptcy petition under Chapter 15 of the Bankruptcy Code, and that although the claims against NMC are stayed, the claims against the individual defendants in this case remain.  *See* ECF No. 16.

On June 17, 2020, the Bankruptcy Court entered an order recognizing the UK Proceeding[1] as the foreign main proceeding in accordance with 11 U.S.C. § 1517. *See* Order Recognizing UK Proceeding as a Foreign Main Proceeding and Granting Relief in Aid Thereof, *In re NMC Health PLC*, Case No. 20-11385-MFW, ECF No. 24 (Bankr. D. Del. June 17, 2020).  The Bankruptcy Court also ordered that "11 U.S.C. § 1520 shall apply throughout the duration of this proceeding or until otherwise ordered by this Court, including, without limitation, the automatic stay authorized by 11 U.S.C. § 362." That proceeding remains open, and therefore all proceedings against NMC (but only NMC) remain automatically stayed.

On August 25, 2020 and September 11, 2020, Plaintiffs in the *Huang* Action filed affidavits of service with respect to Defendants Khalifa Bin Butti and H. J. Mark Tompkins. Neither Defendant has appeared. Plaintiffs are endeavoring to serve the

---

[1] That is, the administration of NMC as an insolvent debtor under English law, pursuant to the Insolvency Act 1986, pending before the English High Court of Justice, Business and Property Courts of England and Wales, Insolvency and Companies List.

remaining Defendants (Prasanth Manghat, Prashanth Shenoy, and B.R. Shetty), who Plaintiffs believe are located abroad either in the United Arab Emirates, which is not a signatory to the Hague Service Convention (the "Convention"), or in India, which is a signatory to the Convention.

On September 24, 2020, the Court entered an order granting Plaintiffs' motion to consolidate this case with the *Huang* Action and appoint lead plaintiff and lead counsel.

Dated:          September 30, 2020          Respectfully Submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**POMERANTZ LLP**

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**

Joshua B. Silverman
Jared M. Schneider
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jsilverman@pomlaw.com
jschneider@pomlaw.com

*Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On September 30, 2020, I electronically filed the following **STATUS REPORT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 30, 2020.


/s/ Laurence M. Rosen
Laurence M. Rosen