Laurence M. Rosen (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
(213) 785-2610
[Additional Counsel on Signature Page]

*Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similar Situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, et al.<br><br>Defendants. | Case No. 2:20-cv-02303-CBM-MAA<br><br>**REQUEST BY LEAD PLAINTIFFS CHRIS HASHEM, SHENGMING HUANG, AND ABDUL RAZEQ ABDUL AHAD FOR ENTRY OF DEFAULT AGAINST DEFENDANTS KHALIFA BIN BUTTI AND H. J. MARK TOMPKINS** |

REQUEST BY LEAD PLAINTIFFS CHRIS HASHEM, SHENGMING HUANG, AND ABDUL RAZEQ ABDUL AHAD FOR ENTRY OF DEFAULT AGAINST DEFENDANTS KHALIFA BIN BUTTI AND H. J. MARK TOMPKINS, Case No. 2:20-cv-02303-CBM-MAA

1

**TO THE CLERK OF THE COURT AND TO DEFENDANTS:**

PLEASE TAKE NOTICE that Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Plaintiffs") hereby request that the Clerk, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, enter a default against Defendants Khalifa Bin Butti and H. J. Mark Tompkins for failure to answer, plead, or otherwise respond to the Complaint filed in this action.

As set forth in the attached Declaration of Laurence M. Rosen, Plaintiffs completed service of the Summons and *Huang* Complaint on Defendants Butti and Tompkins on August 25, 2020 and September 11, 2020. *See* Declaration of Laurence M. Rosen, Exs. A-B. The *Huang* Action was consolidated with this action on September 24, 2020. *See* Dkt. No. 21.

The Clerk of the Court may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a). Defendants Butti and Tompkins failed to answer or otherwise respond to the Complaint. Their deadline to do so was September 8, 2020 and September 22, 2020, respectively. No answer or other response has been filed or served by Defendants Butti and Tompkins.

Plaintiffs have met the procedural requirements for obtaining entry of default from the Clerk as demonstrated by the Declaration of Laurence M. Rosen submitted herewith.

Because Defendants Khalifa Bin Butti and H. J. Mark Tompkins have failed to file any responsive pleading to the complaint for more than four months after service, and more than three months after the response of each was due, the Clerk should enter a default against them.

Dated:       January 26, 2021               Respectfully Submitted,

                                            **THE ROSEN LAW FIRM, P.A.**

                                            /s/ Laurence M. Rosen

REQUEST BY LEAD PLAINTIFFS CHRIS HASHEM, SHENGMING HUANG, AND ABDUL RAZEQ ABDUL AHAD FOR ENTRY OF DEFAULT AGAINST DEFENDANTS KHALIFA BIN BUTTI AND H. J. MARK TOMPKINS, Case No. 2:20-cv-02303-CBM-MAA

2

| | |
|---|---|
| 1 | Laurence M. Rosen, Esq. (SBN 219683) |
| 2 | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| 3 | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| 4 | Email: lrosen@rosenlegal.com |

**POMERANTZ LLP**

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**

Joshua B. Silverman
Jared M. Schneider
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jsilverman@pomlaw.com
jschneider@pomlaw.com

*Co-Lead Counsel for the Class*

REQUEST BY LEAD PLAINTIFFS CHRIS HASHEM, SHENGMING HUANG, AND ABDUL RAZEQ ABDUL AHAD FOR ENTRY OF DEFAULT AGAINST DEFENDANTS KHALIFA BIN BUTTI AND H. J. MARK TOMPKINS, Case No. 2:20-cv-02303-CBM-MAA

3

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 26, 2021, I electronically filed the following **REQUEST BY LEAD PLAINTIFFS CHRIS HASHEM, SHENGMING HUANG, AND ABDUL RAZEQ ABDUL AHAD FOR ENTRY OF DEFAULT AGAINST DEFENDANTS KHALIFA BIN BUTTI AND H. J. MARK TOMPKINS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 26, 2021.

                                                    /s/ Laurence M. Rosen
                                                  Laurence M. Rosen