**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
Jared M. Schneider (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jsilverman@pomlaw.com
jschneider@pomlaw.com
[Additional Counsel on Signature Page]

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similar Situated, <br><br> Plaintiff, <br><br> v. <br><br> NMC HEALTH PLC, et al. <br><br> Defendants. | Case No. 2:20-cv-02303-CBM-MAA <br><br> **DECLARATION OF JARED M. SCHNEIDER IN SUPPORT OF MOTION TO AUTHORIZE ALTERNATIVE SERVICE OF THREE INDIVIDUAL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)** |

**<u>DECLARATION OF JARED M. SCHNEIDER</u>**

1.    I am an associate at the law firm of Pomerantz LLP and I am co-lead counsel for lead plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Ahad in the above-captioned action.  I make this declaration based on my personal knowledge.

2.    While the above-captioned case has been pending, I have attempted to determine the locations of Defendants B.R. Shetty a/k/a Bavaguthu Raghuram Shetty, Prasanth Manghat, and Prashanth Shenoy.  In my attempts to determine their locations, I conducted searches via Google.com, Bloomberg, and of public record information in LexisNexis.  Despite several search attempts, I was unable to determine either business or residential locations for Mr. Shetty, Mr. Manghat, or Mr. Shenoy.

3.      I used a service called "RocketReach" in an attempt to locate accurate email addresses for Mr. Shetty, Mr. Manghat, and Mr. Shenoy that are not affiliated with NMC Health plc.  RocketReach's search results list the names of current and former employers next to the individuals' names.  In this way I was able to confirm that I had the correct profiles and addresses for Mr. Shetty, Mr. Manghat, and Mr. Shenoy, as the profiles for each of the three indicated that they had worked at NMC Health plc.

4.      According to the RocketReach service, "brshetty@brsventures.com" was a valid email address for Mr. Shetty, "pmanghat@gmail.com" was a valid email address for Mr. Manghat, and "shenoypca@gmail.com" was a valid email address for Mr. Shenoy.

5.      Attached hereto as Exhibits A, B, and C are messages attaching copies of the summons, waiver of summons, and complaint that I sent to the above email addresses on August 14, 2020 for Defendants Shetty, Manghat, and Shenoy.  I was concerned that Mr. Shenoy's email address contained a transcription error, and additionally sent Mr. Shenoy's message to "shenoycpa@gmail.com."  I did not receive any notifications from the gmail.com or brsventures.com domains regarding any failures to deliver the messages.

6.      Two hours after I sent the email to the "shenoycpa@gmail.com" email address, I received a response from the owner of that email address, who advised me, "I do not know who you are and this has nothing to do with me. You obviously have the wrong Shenoy."  This response, with redactions for the owner's name and personal information, is attached hereto as Exhibit D.

7.      As of the date of this Declaration, I have not received any responses from brshetty@brsventures.com, pmanghat@gmail.com, or shenoypca@gmail.com.

8.      I also used the service VerifyEmailAddress as an additional check of the accuracy of the above email addresses.  Attached as Exhibits E, F, and G are confirmation pages from VerifyEmailAddress regarding brshetty@brsventures.com, pmanghat@gmail.com, or shenoypca@gmail.com, respectively.  Each confirms that the

email address syntax is valid, and that the service was able to connect to the relevant email server.

9.      Based on the records provided by RocketReach; the speedy response from the "shenoycpa" email address; the lack of any response from Mr. Shetty, Mr. Manghat, or Mr. Shenoy; and the verifications provided by VerifyEmailAddress, I believe that the above email addresses are valid addresses for Defendants Shetty, Manghat, and Shenoy, and are reasonably calculated to provide them with notice of the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 26, 2021

Jared M. Schneider