## Jared Schneider

**From:**        Jared Schneider
**Sent:**        Friday, August 14, 2020 3:29 PM
**To:**          brshetty@brsventures.com; chairmanoffice@brsventures.com
**Cc:**          Josh Silverman
**Subject:**     In re: Huang v. Shetty and NMC Health plc et al.
**Attachments:** Notice of Lawsuit-NMC.pdf; SH-BRS-NMC-Waiver of Service.pdf; Huang v NMC Health PLC
                 Complaint.pdf


Mr. Shetty,

Please see attached documents, and let me know if you have any questions.

Best,

**Jared M. Schneider|POMERANTZLLP**
10 South LaSalle Street|Suite 3505|Chicago, Illinois 60603
(312) 881-4859 Direct|(312) 377-1184 Fax
jschneider@pomlaw.com|www.pomerantzlaw.com

## EXHIBIT A

1

Exhibits to Schneider Decl ISO Mot Alt. Service                    Case No. 2:20-cv-02303-CBM-MAA