## Jared Schneider

**From:**          Jared Schneider
**Sent:**          Friday, August 14, 2020 3:32 PM
**To:**            pmanghat@gmail.com
**Cc:**            Josh Silverman
**Subject:**       In re: Huang v. Manghat and NMC Health plc et al.
**Attachments:**   Notice of Lawsuit-NMC.pdf; SH-PM-NMC-Waiver of Service.pdf; Huang v NMC Health PLC
                   Complaint.pdf


Mr. Manghat,

Please see attached documents, and let me know if you have any questions.

Best,

**Jared M. Schneider|POMERANTZLLP**
10 South LaSalle Street|Suite 3505|Chicago, Illinois 60603
(312) 881-4859 Direct|(312) 377-1184 Fax
jschneider@pomlaw.com|www.pomerantzlaw.com


**EXHIBIT B**

1

Exhibits to Schneider Decl ISO Mot Alt. Service                          Case No. 2:20-cv-02303-CBM-MAA