## Jared Schneider

**From:**          Jared Schneider
**Sent:**          Friday, August 14, 2020 3:35 PM
**To:**            shenoycpa@gmail.com; shenoypca@gmail.com
**Cc:**            Josh Silverman
**Subject:**       In re: Huang v. Shenoy and NMC Health plc
**Attachments:**   Notice of Lawsuit-NMC.pdf; PS-NMC-Waiver of Service.pdf; Huang v NMC Health PLC Complaint.pdf


Mr. Shenoy,

Please see attached documents, and let me know if you have any questions.

Best,

**Jared M. Schneider|POMERANTZLLP**
10 South LaSalle Street|Suite 3505|Chicago, Illinois 60603
(312) 881-4859 Direct|(312) 377-1184 Fax
jschneider@pomlaw.com|www.pomerantzlaw.com


**EXHIBIT C**

1

Exhibits to Schneider Decl ISO Mot Alt. Service                    Case No. 2:20-cv-02303-CBM-MAA