## Jared Schneider

| | |
|---|---|
| **From:** | REDACTED <shenoycpa@gmail.com> |
| **Sent:** | Friday, August 14, 2020 3:46 PM |
| **To:** | Jared Schneider |
| **Cc:** | shenoypca@gmail.com; Josh Silverman |
| **Subject:** | Re: In re: Huang v. Shenoy and NMC Health plc |

I do not know who you are and this has nothing to do with me. You obviously have the wrong Shenoy.

On Fri, Aug 14, 2020 at 1:34 PM Jared Schneider <jschneider@pomlaw.com> wrote:

Mr. Shenoy,

Please see attached documents, and let me know if you have any questions.

Best,

**Jared M. Schneider|POMERANTZ**LLP

10 South LaSalle Street|Suite 3505|Chicago, Illinois 60603

(312) 881-4859 Direct|(312) 377-1184 Fax

jschneider@pomlaw.com|www.pomerantzlaw.com

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any      attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 661-1100 and permanently delete all copies of the email and any attachments.

--
REDACTED
shenoycpa@gmail.com
REDACTED (cell)
REDACTED (fax)
REDACTED

**EXHIBIT D**

1