Home    FAQ    Articles    About Us    Contact      Español    Français

## Your Free Email Checker - Verify Email Addresses Below!

Just enter any Email Address here to verify if it exists: (We do not store information submitted through this form)

> brshetty@brsventures.com

> **Verify Email Now**

## Your results for brshetty@brsventures.com will be displayed below after processing.

### We found that:

> The Email Address Syntax is correct
> Connecting to brsventures-com.mail.protection.outlook.com worked
> We feel that brshetty@brsventures.com is valid

```
MX record found: brsventures-com.mail.protection.outlook.com (Priority 0)
Connecting to brsventures-com.mail.protection.outlook.com
Connected to brsventures-com.mail.protection.outlook.com
Dialog with brsventures-com.mail.protection.outlook.com ok
-------------------------------------------------------------
220 DB5EUR01FT052.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready
at Fri, 12 Feb 2021 20:04:06 +0000
HELO verifyemailaddress.org
250 DB5EUR01FT052.mail.protection.outlook.com Hello [209.126.123.114]
MAIL FROM: <noreply@verifyemailaddress.org>
250 2.1.0 Sender OK
RCPT TO: <brshetty@brsventures.com>
250 2.1.5 Recipient OK
QUIT
221 2.0.0 Service closing transmission channel
-------------------------------------------------------------
Email address brshetty@brsventures.com accepted
```

**EXHIBIT E**

**Now what would you like to do?**

Test Another Email

---

Home     FAQ     Articles     About Us     Contact     Advertising     Privacy Policy     Legal Notice

© Copyright 2010-2021 - VerifyEmailAddress.org - Your Free Email Verifier

**EXHIBIT E**

Exhibits to Schneider Decl ISO Mot Alt. Service                    Case No. 2:20-cv-02303-CBM-MAA