Home    FAQ    Articles    About Us    Contact        Español        Français

## Your Free Email Checker - Verify Email Addresses Below!

Just enter any Email Address here to verify if it exists: (We do not store information submitted through this form)

pmanghat@gmail.com

**Verify Email Now**

---

## Your results for pmanghat@gmail.com will be displayed below after processing.

**We found that:**

The Email Address Syntax is correct
Connecting to gmail-smtp-in.l.google.com worked
We feel that pmanghat@gmail.com is valid

```
MX record found: gmail-smtp-in.l.google.com (Priority 5)
MX record found: alt1.gmail-smtp-in.l.google.com (Priority 10)
MX record found: alt2.gmail-smtp-in.l.google.com (Priority 20)
MX record found: alt3.gmail-smtp-in.l.google.com (Priority 30)
MX record found: alt4.gmail-smtp-in.l.google.com (Priority 40)
Connecting to gmail-smtp-in.l.google.com
Connected to gmail-smtp-in.l.google.com
Dialog with gmail-smtp-in.l.google.com ok
-----------------------------------------------------------
220 mx.google.com ESMTP r21si5172185otp.197 - gsmtp
HELO verifyemailaddress.org
250 mx.google.com at your service
MAIL FROM: <noreply@verifyemailaddress.org>
250 2.1.0 OK r21si5172185otp.197 - gsmtp
RCPT TO: <pmanghat@gmail.com>
250 2.1.5 OK r21si5172185otp.197 - gsmtp
QUIT
221 2.0.0 closing connection r21si5172185otp.197 - gsmtp
```

**EXHIBIT F**

Exhibits to Schneider Decl ISO Mot Alt. Service                Case No. 2:20-cv-02303-CBM-MAA

```
------------------------------------------------------------
```
Email address pmanghat@gmail.com accepted

## Now what would you like to do?

Test Another Email

---

Home     FAQ     Articles     About Us     Contact     Advertising     Privacy Policy     Legal Notice

© Copyright 2010-2021 - VerifyEmailAddress.org - Your Free Email Verifier

**EXHIBIT F**

Exhibits to Schneider Decl ISO Mot Alt. Service                              Case No. 2:20-cv-02303-CBM-MAA

Page 11