**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
Jared M. Schneider (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jsilverman@pomlaw.com
jschneider@pomlaw.com
[Additional Counsel on Signature Page]

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similar Situated, <br><br> Plaintiff, <br><br> v. <br><br> NMC HEALTH PLC, et al. <br><br> Defendants. | Case No. 2:20-cv-02303-CBM-MAA <br><br> **[PROPOSED] ORDER GRANTING MOTION TO AUTHORIZE ALTERNATIVE SERVICE OF THREE INDIVIDUAL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)** <br><br> Honorable Consuelo B. Marshall |

Having considered the Motion to Authorize Alternative Service of Three Individual Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) filed by Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad in the above-captioned action and the arguments of counsel,

IT IS HEREBY ORDERED:

1.   That Lead Plaintiffs are hereby authorized, pursuant to Federal Rule of Civil Procedure 4(f)(3) to effectuate service on Defendants B. R. Shetty, Prasanth Manghat, and Prashanth Shenoy through the following methods:

A.     By causing copies of the complaint, summons, and this Order to be emailed to Defendant Shetty at brshetty@brsventures.com, to Defendant Manghat at pmanghat@gmail.com, and to Defendant Shenoy at shenoypca@gmail.com; and

B.     By causing a copy of the summons to be published via PRnewswire with coverage in India and the United Arab Emirates.

2.     That Lead Plaintiffs are additionally authorized, pursuant to Federal Rule of Civil Procedure 4(f)(3) to effectuate service on Defendant Shetty through the following methods:

A.     By causing a copy of the complaint, summons, and this Order to be delivered to Defendant Shetty at BRS Ventures' office located at Sky Tower, Second Floor, Al Reem Island, Abu Dhabi, United Arab Emirates; and

B.     By causing a copy of the complaint, summons, and this Order to be emailed to counsel for Defendant Shetty, Zulfiquar Memon at zulfim@mzmlegal.com, and delivered to Mr. Memon and MZM Legal LLP at 1D, One Forbes, Dr. V.B. Gandhi Marg, Kalaghoda, Mumbai 400001, India.

IT IS SO ORDERED

Dated: _____

_____
The Honorable Consuelo B. Marshall
United States District Judge