# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similar Situated,<br><br>            Plaintiff,<br><br>   v.<br><br>NMC HEALTH PLC, et al.<br><br>            Defendants. | Case No. 2:20-cv-02303-CBM-MAA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION STAYING DEADLINE TO RESPOND TO COMPLAINTS AND ALL OTHER CASE DEADLINES AND PROCEEDINGS AS TO DEFENDANT H.J. MARK TOMPKINS**<br><br>[Honorable Consuelo B. Marshall] |

**PROPOSED ORDER**

604871.1

On March 24, 2021, Lead Plaintiffs Chris Hashem, Shengming Huang and Abdul Razeq Abdul Ahad ("Plaintiffs") and defendant H.J. Mark Tompkins ("Tompkins") submitted a stipulation staying Tompkins' deadline to respond to the complaints and all other case deadlines and proceedings as to Tompkins ("Stipulation").

Having considered the Stipulation and for good cause shown, **IT IS HEREBY ORDERED** that Tompkins' deadline to respond to the complaints, and all other case deadlines and proceedings as they pertain to Tompkins (including, without limitation, those set forth in Fed. R. Civ. P. 16 and 26), are stayed pending completion of the settlement documentation and approval process and/or pending further order of the Court.

Dated: _____

_____
The Honorable Consuelo B. Marshall
United States District Judge

1

**PROPOSED ORDER**

604871.1