# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similar Situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, et al.<br><br>Defendants. | Case No. 2:20-cv-02303-CBM-MAA<br>x<br><br>**ORDER DENYING STIPULATION STAYING DEADLINE TO RESPOND TO COMPLAINTS AND ALL OTHER CASE DEADLINES AND PROCEEDINGS AS TO DEFENDANT H.J. MARK TOMPKINS   [34]**<br><br>[Honorable Consuelo B. Marshall] |

**ORDER**

604871.1

On March 24, 2021, Lead Plaintiffs Chris Hashem, Shengming Huang and Abdul Razeq Abdul Ahad ("Plaintiffs") and defendant H.J. Mark Tompkins ("Tompkins") submitted a stipulation staying Tompkins' deadline to respond to the complaints and all other case deadlines and proceedings as to Tompkins ("Stipulation").

Having considered the Stipulation and for good cause shown, **IT IS HEREBY ORDERED** DENIED.  Time to respond to the complaint will be extended to JUNE 4, 2021.

Dated: MARCH 26, 2021

_____
The Honorable Consuelo B. Marshall
United States District Judge

**ORDER**

604871.1