Mark B. Chassman, SBN 119619
Email: mchassman@chassmanseelig.com
Ana Vasquez, SBN 231903
Email: avasquez@chassmanseelig.com
CHASSMAN & SEELIG, LLP
1250 Sixth Street, Suite 403
Santa Monica, CA 90401
Telephone: (310) 929-7192
Fax: (310) 929-7627

Alexander D. Pencu (*pro hac vice*)
Email: adp@msf-law.com
Benjamin D. Bianco (*pro hac vice*)
Email: bdb@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Defendant B.R. Shetty*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY, <br><br> Defendants. | Case No.: 2:20-cv-02303-CBM-MAA <br><br> (Consolidated with Case No. 2:20-cv-02895-CBM-MAA) |

## EXHIBIT 1

## TO REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT B.R. SHETTY



**Muddy Waters Capital LLC**
info@muddywatersresearch.com
Director of Research: Carson C. Block

**These Terms of Use govern current reports published by Muddy Waters Research and supersede any prior Terms of Use for older reports of Muddy Waters Research, which you may download from the Muddy Waters Research's website.**

The reports on this website have been prepared by Muddy Waters Capital LLC ("Muddy Waters Capital"). We refer to Muddy Waters Research and Muddy Waters Capital collectively as "Muddy Waters" and individually these entities are referred to as a "Muddy Waters Entity". **You should assume that, as of the publication date of a Muddy Waters report, Muddy Waters Related Persons (possibly along with or through its members, partners, affiliates, employees, and/or consultants), Muddy Waters Related Persons clients and/or investors and/or their clients and/or investors have a short position in one or more of the securities of a Covered Issuer (and/or options, swaps, and other derivatives related to one or more of these securities), and therefore stand to realize significant gains in the event that the prices of either equity or debt securities of a Covered Issuer decline or appreciate.** Muddy Waters Research, Muddy Waters Capital and/or the Muddy Waters Related Persons intend to continue transacting in the securities of Covered Issuers for an indefinite period after an initial report on a Covered Person, and such person may be long, short, or neutral at any time hereafter regardless of their initial position and views as stated in the research report published by Muddy Waters Research or Muddy Waters Capital. Neither Muddy Waters Research nor Muddy Waters Capital will update any report or information on its website to reflect changes in positions that may be held by a Muddy Waters Related Person. Each report specifies the publisher and owner of that report. All reports are for informational purposes only. Under no circumstances should any of these reports or any information herein be construed as investment advice, or as an offer to sell or the solicitation of an offer to buy any securities or other financial instruments.

Muddy Waters Research is an online research publication that produces due diligence-based reports on publicly traded securities, and Muddy Waters Capital LLC is an investment adviser registered with the U.S. Securities and Exchange Commission. The reports are the property of the applicable Muddy Waters Entity that published that report. This website is owned by Muddy Waters Research. The opinions, information and reports set forth herein are solely attributable to the applicable Muddy Waters Entity and are not attributable to any Muddy Waters Related Person (defined below) (other than the applicable Muddy Waters Entity).

By downloading from, or viewing material on this website, you agree to the following Terms of Use. You agree that use of the research on this website is at your own risk. You (or any person you are acting as agent for) agree to hold harmless Muddy Waters Research, Muddy Waters Capital and its affiliates and related parties, including, but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and agents (collectively, the "Muddy Waters Related Persons") for any direct or indirect losses (including trading losses) attributable to any information on this website or in a research report. You further agree to do your own research and due diligence before making any investment decision with respect to securities of the issuers covered herein (each, a "Covered Issuer") or any other financial instruments that reference the Covered Issuer or any securities issued by the Covered Issuer. You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion on this website. You further agree that you will not communicate the contents of reports and other materials on this site to any other person unless that person has agreed to be bound by these Terms of Use. If you access this website, download or receive the contents of reports or other materials on this website on your own behalf, you agree to and shall be bound by these Terms of Use. If you access this website, download or receive the contents of reports or other materials on this website as an agent for any other person, you are binding your principal to these same Terms of Use.

This is not an offer to sell or a solicitation of an offer to buy any security. Neither Muddy Waters Research nor any Muddy Waters Related Person (including Muddy Waters Capital) are offering, selling or buying any security to or from any person through this website or reports on this website. Muddy Waters Research is affiliated with Muddy Waters Capital. Muddy Waters Capital is an investment adviser with the U.S. Securities and Exchange Commission and is not registered as investment adviser in any other jurisdiction. Muddy Waters Capital does not render investment advice to anyone unless it has an investment adviser-client relationship with that person evidenced in writing. You understand and agree that Muddy Waters Capital does not have any investment advisory relationship with you or does not owe fiduciary duties to you. Giving investment advice requires knowledge of your financial situation, investment objectives, and risk tolerance, and Muddy Waters Capital has no such knowledge about you.

If you are in the United Kingdom, you confirm that you are accessing research and materials as or on behalf of: (a) an investment professional falling within Article 19 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "FPO"); or (b) high net worth entity falling within Article 49 of the FPO (each a "Permitted Recipient"). In relation to the United Kingdom, the research and materials on this website are being issued only to, and are directed only at, persons who are Permitted Recipients and, without prejudice to any other restrictions or warnings set out in these Terms of Use, persons who are not Permitted Recipients must not act or rely on the information contained in any of the research or materials on this website.

The research and reports presented on this website express the opinion of the applicable Muddy Waters Entity only. Reports are based on generally available information, field research, inferences and deductions through the applicable Muddy Waters Entity's due diligence and analytical process. To the best of the applicable Muddy Waters Entity's ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources that the applicable Muddy Waters Entity believe to be accurate and reliable, and who are not insiders or connected persons of the Covered Issuers or who may otherwise owe a fiduciary duty, duty of confidentiality or any other duty to the Covered Issuer (directly or indirectly). However, such information is presented "as is," without warranty of any kind, whether express or implied. With respect to their respective research reports, Muddy Waters Research and Muddy Waters Capital makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Further, any report on this site contains a very large measure of analysis and opinion. All expressions of opinion are subject to change without notice, and neither Muddy Waters Research nor Muddy Waters Capital undertakes to update or supplement any reports or any of the information, analysis and opinion contained in them.

In no event shall Muddy Waters Research, Muddy Waters Capital or any Muddy Waters Related Persons be liable for any claims, losses, costs or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or, consequential damages, arising out of or in any way connected with any information on this website. This limitation of liability applies regardless of any negligence or gross negligence of Muddy Waters Research, Muddy Waters Capital or any Muddy Waters Related Persons. You accept all risks in relying on the information on this website.

You agree that the information on this website is copyrighted, and you therefore agree not to distribute this information (whether the downloaded file, copies / images / reproductions, or the link to these files) in any manner other than by providing the following link: http://www.muddywatersresearch.com/research/. If you have obtained research published by Muddy Waters Research or Muddy Waters Capital in any manner other than by download from that link, you may not read such research without going to that link and agreeing to the Terms of Use. You further agree that any dispute between you and Muddy Waters Research and its affiliates arising from or related to this report and / or the Muddy Waters Research website or viewing the material hereon shall be governed by the laws of the State of California, without regard to any conflict of law provisions. You knowingly and independently agree to submit to the personal and exclusive jurisdiction of the state and federal courts located in San Francisco, California and waive your right to any other jurisdiction or applicable law, given that Muddy Waters Research and its affiliates are based in San Francisco, California. The failure of Muddy Waters Research or Muddy Waters Capital to exercise or enforce any right or provision of these Terms of Use shall not constitute a waiver of this right or provision. You agree that each Muddy Waters Related Person is a third-party beneficiary to these Terms of Use. If any provision of these Terms of Use is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Use remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to this website or the material on this website must be filed within one (1) year after the occurrence of the alleged harm that gave rise to such claim or cause of action, or such claim or cause of action be forever barred.

| | |
|---|---|
| **Report Date**: December 17, 2019<br><br>**Company**:<br>NMC Health plc<br><br>**Ticker:**<br>NMC.LN | **Industry**: Healthcare<br><br>**Stock Price:** £25.85<br><br>**Market Cap: £5.4 billion**<br><br>**Float**: 48.5%<br><br>**Average Daily Volume (30-day)**: £14.5 million |

We are short NMC Health plc.  We have serious doubts about the company's financial statements, including its asset values, cash balance, reported profits, and reported debt levels.  At the worst of times, the company has invested in large assets at costs that we find too high to be plausible – including from parties we believe are de facto under common control.  This behavior gives rise to concerns about fraudulent asset values and theft of company assets.  At somewhat better times, the company seems to "only" materially mislead, such as by trying to give investors the (false) impression it does not engage in reverse factoring, and by understating (we believe intentionally) lease debt.

NMC's $107.4 million investment in redeveloping NMC Royal Women's Hospital (f/k/a Brightpoint Royal Women's Hospital) contains numerous red flags.  First, we calculate the cost of the investment at approximately $7,700 / m$^2$.  This cost seems greatly out of line, as we would have expected $3,500 to $4,000 / m$^2$.  The contractor that was responsible for the renovation work on the hospital (the building already existed) appears to be de facto controlled by BR Shetty, which was not disclosed.  There are some indications that Khalifa Bin Butti's company, KBBO Group, was involved in the development as well, which also was not disclosed.

NMC's $36.4 million purchase of 70% of Premier Care Home Medical and Health Care LLC appears to also be a significant overpayment.  Our investigators' findings show that it was an insignificant company when purchased, reportedly with only approximately 10 employees.  Multiple industry sources who were familiar with the company expressed amazement to our investigators when informed of the purchase price.

Inflated asset purchase prices and capital expenditures are hallmarks of significant fraud – particularly in emerging and frontier markets where it is relatively easy to find counterparties willing to assist with the price inflation, as they usually do not fear legal repercussions from developed market regulators.  Inflating capex facilitates fraudulent income reporting because fraudulent income leads to a "fake cash problem" – i.e., the company has to forge significant cash balances to match its fraudulent reported profits.  While forging cash balances is clearly achievable in emerging and frontier markets, burning off fake cash through inflated capex is a helpful tool.  Of course, inflating prices can also be used – in whole or in part – to embezzle company funds.

NMC's reported cash balances show two red flags that indicate they could be materially overstated.  The interest income NMC reports on its cash balances seems low, which has often been a good indicator of fraud.  NMC's increasingly expensive debt and churn generate a negative carry for which the company, in our view, has not offered a compelling explanation.

NMC's margins appear "too good to be true" relative to UAE-focused publicly traded comps, Mediclinic International plc and Aster DM Healthcare Ltd.  We believe that a significant part of the reason for this outperformance is NMC materially underreports its rejection rate for reimbursement, thereby inflating its reported margin.  Another factor that could be assisting this inflation is purchases from related parties.  We do not advise investors to be sanguine about this possibility, as the price to be paid for what could perhaps be perceived as a subsidy from the privately-owned businesses – could very well be overpayment for long-term assets and capex.

We believe that NMC has manipulated its balance sheet to understate debt.  Many investors are under the impression that NMC does not use reverse factoring.  In addition to a Credit Suisse supply chain finance fund (of which some investors are aware) that holds notes issued by NMC, we found a reverse factoring facility arranged by an outfit called Channel Finance.  The Channel Finance notes have been de-listed as of November 2019, which we suspect could be an attempt to cover up NMC's use of this facility.  The amounts used in each are material in our view, and we believe that they are not included in NMC's debt figures.

In our view, NMC also deliberately understated its debt by approximately $320 million as of FY 2018 by not reporting leases associated with its Aspen Healthcare acquisition as finance leases. Aspen's former parent, Tenet Healthcare Corp., reported approximately $320 million of capital leases associated with Aspen.  Yet, in 2018, NMC reported neither any capital lease obligations nor any associated future operating lease payments.  We believe that NMC should restate its 2018 financial statements to reflect this lease as finance lease debt.  Further, we believe that NMC's June 30, 2019 finance lease liabilities of $729 million do not include the Aspen leases. If we are correct, we would also see this as abusive accounting.  Until recently, we had been having a productive dialogue with NMC (under a pseudonym).  That all changed when we began asking questions about NMC's debt.  We were promised answers, but despite follow up attempts, none arrived.  This evasiveness deepens our suspicions that NMC's liabilities accounts could have severe issues.

Each of these problems would be less likely to exist if NMC had sufficient governance.  In our view, it falls well short.  We do not see the independent board members as being truly independent.  The company's relationship with its auditor, Ernst & Young, raises flags. Executive compensation has nearly tripled in two years to $18.7 million a year; and, including a ~£250 million stock collar, insiders have cashed out approximately £300 million of stock, net. Then there are share pledges we calculate approximate £700 million, making the effective cash out larger.  Perhaps tellingly and troublingly, NMC recently entered into a $105 million facility arranged by a regional bank that is chaired by Khalifa Bin Butti.  Rather than disclose these facts, just recently a coverup of this facility seems to be underway with the bank expunging the details from its website.

**NMC Has Entered into Major Transactions that Raise Questions About Possible Fraud and Theft**

We looked closely at two large transactions involving NMC, and we are incredulous about the prices it claims to have invested for these assets.  We therefore believe that the costs are likely inflated.

*NMC Royal Women's Hospital*

NMC trumpeted the opening of Brightpoint Hospital (later renamed NMC Royal Women's Hospital) in 2014.  Reasonably sophisticated hospitals in the UAE seem to cost $3,000 to $4,000 per square meter to build on an all-in cost basis, and the trend is broadly consistent across metropolitan areas in the Gulf states.  We calculate that NMC Royal Women's, on the other hand, cost $7,700 per square meter.  This is more than double the average cost of the group of hospitals we examined.

As of 2014, the company had recorded $107.4 million in total capital costs associated with NMC Royal Women's: $75.8 million of capital costs, $6.1 million of capitalized pre-opening expenses, and $25.5 million of accounting adjustment for the property lease.[1]  Over a built-up area of approximately 14,000 m$^2$, these costs come out to $7,700 / m$^2$.  As one of our points of comparison, a UAE-based hospital manager with whom we spoke provided us with a generic in-country hospital bill of costs of approximately $3,700 / m$^2$.  Of this total, approximately 66% goes to build and fit-out expenses as well as mechanical, electrical, and plumbing costs; 29% is for medical equipment; and 4% is for land, assuming leases are capitalized at seven times annual rent.

In comparing to existing hospitals' build costs, we took the sum of construction, fit-out, land, and equipment expenses in dollars and divided this total by the applicable square-meter area of the hospital.  For the majority of hospitals, we were able to obtain broken-out costs; where we could not, we used a publicly available headline costs number.  Likewise, we were generally able to obtain square-meter footprints that excluded parking and nonessential structures.

---

[1] NMC 2014 Annual Report, p. 24

**All-In Hospital Costs ($/sqm of Built-Up Area)**

| Hospital Name | Country | $/sqm | Type of Care |
|---|---|---|---|
| NMC Royal, Khalifa City | UAE | 3,793 | Quaternary |
| Generic Comparable Hospital in Tier 1 or 2 City | UAE | 3,692 | Tertiary, Multi-Specialty |
| Saudi German Hospital Dammam | Saudi Arabia | 3,253 | Tertiary, Multi-Specialty |
| Mediclinic Parkview | UAE | 3,918 | Tertiary, Multi-Specialty |
| Danat Al Emarat | UAE | 3,979 | Maternity, Multi-Specialty |
| **Average** | | 3,727 | |
| NMC Royal Women's (f/k/a Brightpoint) | | 7,686 | Maternity, Multi-Specialty |
| **NMC Royal Women's Cost Premium Versus Average** | | +106% | |

*NB: Costs include construction, fit-out, land, and equipment. Area excludes parking and ancillary where possible*

*Sources*

NMC Royal, Khalifa City: Interview of former NMC executive & https://www.arabianbusiness.com/uae-s-nmc-unveils-new-200m-hospital-in-abu-dhabi-624008.html. Land is rented; rent assumed to be 30% of balance of other costs

Generic Comparable Hospital: Interview of industry manager; land leases capitalized at seven times annual rent

Saudi German Hospital Dammam: Middle East Healthcare Company Prospectus, p. 45; https://www.efghermesone.com/News/Index/meahco-awards-sar336mn-contract-for-sgh-dammam-construction; https://www.argaam.com/en/article/articledetail/id/547289; & https://english.mubasher.info/news/3488072/Middle-East-Healthcare-Company-announces-the-completion-of-construction-work-of-Saudi-German-Hospital-in-Dammam

Mediclinic Parkview: Mediclinic 2019 Annual Report, p. 73 & https://meconstructionnews.com/25096/site-visit-mediclinic-parkview-hospital-dubai

Danat Al Emarat: https://www.constructionweekonline.com/article-11025-danat-al-emarat

NMC Royal Women's: NMC 2014 Annual Report, p. 24 & https://www.youtube.com/watch?v=u1vcu4xd3Q4

Such an outlier price for NMC Royal Women's suggests significant overpayment. When our investigators informed a UAE Health Ministry official of the $70 million construction cost, they reported back that he thought that was "likely to be a very exaggerated amount", and given the building already existed, he estimated it ought to have cost at most $14 million to redevelop.[2] An executive at the Abu Dhabi Department of Health reacted by telling our investigators that "something fishy" was going on with the contractor costs, given that there was significant existing building infrastructure.[3] A person who had some knowledge of the land lease terms stated that the agreement "seemed less than straightforward".

*Modular Concepts*

Modular Concepts, LLC appears to have been the primary contractor for the redevelopment. It appears to be controlled by BR Shetty, and therefore should be a de facto related party. Modular Concepts has continued to build numerous hospitals for NMC and its management.[4]

Modular Concepts appears to have been the primary contractor on the redevelopment. We found two internet sources that show it as the main contractor listed:

---

[2] Investigator interview of Ministry of Health executive, 2019.

[3] Investigator interview of Abu Dhabi Department of Health executive, 2019.

[4] http://modconsllc.com/projects

## GCC BUILDING CONSTRUCTION AND INTERIORS OVERVIEW
January 2015

**v.e.n.t.u.r.e.**
middle eas

| PROJECT NAME | COUNTRY | CLIENT | CONSULTANT | CONTRACTOR | VALUE (US$ MILLION) |
|---|---|---|---|---|---|
| **King Abdulaziz Hospital in Riyadh - External Clinics** | Saudi Arabia | King Saud University (KSA) | Saudi Consolidated Engineering Company (Khatib & Alami), Riyadh | Al Mansouriya Trading & Contracting | 30 |
| **Brightpoint Maternity Hospital on Muroor Road** | United Arab Emirates | KBBO Group / New Medical Center | Total Alliance Health Partners (TAHPI) Australia / Society Technology House (STH) | Modular Concepts (Modcon) Contracting | 30 |

*Source: Ventures Onsite MENA Projects Database www.venturesonsite.com*

Source: https://pdfslide.net/documents/gcc-building-construction-and-interiors-jan2015.html

- □
  - ➢ *Project: G+ M+ 15 Bright Point hospitals, Abu Dhabi*
    *Consultant: THAPI*
    *Main Contractor: Modular Concepts*
    *MEP Contractor: OMAN TECHNICAL CONTRACTING L.L.C*



Source: https://docplayer.net/92667628-Pre-qualification-p-o-box-p-o-box.html

Modular Concepts appears to be controlled by BR Shetty.  For beginners, a Modular Concepts employee calls Modular Concepts "An NMC Health Care Trading Company".



A Modular Concepts credit rating by Indian credit rating agency ICRA states that the company's top customer comprises 80% of revenues, while "one of the employees of this client is also a director and shareholder in MC [Modular Concepts], and this relationship has entailed healthy inflow of orders from the client."[5]  NMC is clearly the 80% customer because of the shareholding relationship we detail below, as well as the number of NMC-related projects Modular Concepts has undertaken.[6]  In addition to its multiple projects for NMC, Modular Concepts has been employed to build a Shetty hospital in India billed as a "philanthropic project", and it was given engineering work by Indian hospital chain Avitis, which was founded by NMC CEO Prasanth Manghat and his brother, the CEO of Finablr.[7]  We wonder whether NMC has effectively subsidized some of these other construction projects.

---

[5] ICRA Modular Concepts LLC credit rating, May 8, 2019
[6] https://www.modconsllc.com/projects
[7] https://www.masterbuilder.co.in/modular-construction-providing-ease-design-assimilation/

The shareholder register for Modular Concepts LLC shows that the company is 30% owned by one "Kukinadi Pradeep Kumar Rai".[8]  NMC's Head of Procurement is named Pradeep Rai.[9]  A former NMC hospital manager told us that Mr. Rai runs Modular Concepts for his boss, BR Shetty, who is the de facto owner of Modular Concepts.  Our investigators also spoke to a well-placed source in the Indian expatriate community in Dubai who told them that Pradeep Rai, in addition to being a long-serving confidante of BR Shetty's, is a non-blood relative of the Shetty family.[10]

```
History : The subject company was established in United Arab Emirates
          on 4 April 2006 Jyothi Dharman (Mrs) and Manoj Tancara
          Dharman (Indian nationals). In late 2015, subject's
          shareholders changed to the present.

C.R. No. : 79863

Trade Licence No. : 579806 (expiry date : 3 April 2020)

DCCI Membership No. : 106279

Federal Registry No. :10831316

VAT No. (TRN) : 100327024400003

Authorised Capital : AED 300,000

Paid up Capital : AED 300,000


Limited Liability Company with the following shareholders :

                                                   Percentage

1. Salem Rashid Matar Al Qubaisi *                    51%
   (UAE national)

2. Kukinadi Pradeep Kumar Rai                         30%
   (Indian national)

3. Manoj Tancara Dharman                              19%
   (Indian national)
```

Modular Concepts' main Dubai office also sits in the UAE Exchange Building, which is named after a key subsidiary of Shetty-controlled Finablr.[11]

---

[8] Modular Concepts LLC credit report, May 2019
[9] Investigative report, 2019.
[10] Investigative report, 2019.
[11] https://www.modconsllc.com/about-us



Given the substantial entanglements detailed above, we believe that Modular Concepts is a de facto Related Party of NMC.

The KBBO Group, which is controlled by NMC insider Khalifa Bin Butti, appears to have had some official role in the redevelopment of the hospital.  The two below profiles list KBBO as the client.  In addition, the Ventures Onsite MENA project database screenshot supra also shows KBBO along with NMC as the developers.




**Dhanyaraj Sadan**
Projects Engineer at Agnice Contracting LLC , Dubai

**Project Engineer @ MODCON GENERAL CONTRACTING LLC**
Modcon General Contracting LLC
Jan 2013 – Jun 2014 · 1 yr 6 mos
Dubai, United Arab Emirates

PROJECT: BRIGHT POINT HOSPITAL
CLIENT: KBBO GROUP
CONSULTANT / ARCHITECT: P&T ARCHITECT / STH

PROJECT DETAILS: THIS PROJECT IS A CONVERSION OF THE EXISTING COMMERCIAL BUILDING INTO A HIGH QUALITY PRIVATE HOSPITAL. THE FACILITY AS COMPLETED WILL HAVE 100 BEDS, 3 OPERATING THEATRES, 8 ICU, 6 NICU, 4 BIRTHING SUITES, MEDICAL IMAGING, CONSULTING SUITES AND 2 ROYAL SUITES. ALL INTERNAL AREAS INCLUDING LOBBY, LIFTS, AND STAIRS ETC ARE BEING RE-CONFIGURED TO SUIT A FULLY COMPLIANT HOSPITAL.

see less

*Source:* https://www.linkedin.com/in/dhanyaraj-sadan-098b3935/



**NANCY E. EVANGELISTA**
C/O P.O. Box: 6026, Dubai, U.A.E.
E-mail Add: nancyevangelista@yahoo.com
Mobile # +971 562041962/+971564660916

**CAREER OBJECTIVES:** To be able to gain knowledge and skills in pursuit of the company's goal as well as to uphold a good relationship and provide complete support to the entire organization and team.

*EMPLOYMENT RECORDS:*

**MIRABLE DÉCOR CO. LLC/MODULAR CONCEPTS**
P.O. Box 27567, Dubai, U.A.E
March 09, 2013 up to June 2015

| | |
|---|---|
| *Project* | *: G+M+15+Roof - Bright Point Hospital* |
| *Contract Amount* | *: Aed 75,000,000.00* |
| *Location* | *: Al Jazira Stadium, Abu Dhabi, UAE* |
| *Consultant* | *: P&T Architects & Engineers Ltd.* |
| *Owner* | *: KBBO Group* |
| *Duration* | *: March 09, 2013 up to June 2015* |

*Source:* https://www.slideshare.net/NanzEvangelista/nancyevangelista-cv-56730461

**Premier Health Constitutes Yet Another Suspected Inflated Transaction**

In March 2018, NMC acquired 70% of Premier Care Home Medical and Health Care LLC for cash consideration of $36.4 million.[12,13]  This is an implied valuation of $52.0 million.  Sources with whom our investigators spoke believe the acquisition, of which 91% was intangibles, should have commanded only a fraction of this price.[14]  Notably, Guggenheim KBBO Partners Investment Banking (a joint venture with Khalifa Bin Butti's KBBO Group) was the sole advisor on the transaction.[15]

Premier, which appears to provide treatment for special-needs children, was founded in 2014 (less than four years before the acquisition) with paid-up capital of 150 Arab Emirates dirhams.[16] The original shareholders were Sultan Dahi Sultan al Humairri, a UAE national, and Hanadi Suliman Al Ghazzawi, who is Jordanian.

On June 11, 2018, after the NMC acquisition, the shareholder registry changed to show that 70% of Premier had been purchased by NMC Healthcare LLC and 30% was bought by NOVA Health Investments LLC.[17]  On November 26, 2018, there was a further change, with NMC ceding a 1%

---

[12] NMC sukuk offering document, p. 112
[13] NMC 2018 Annual Report, p. 125
[14] Ibid.
[15] https://www.guggenheimkbbo.com/services/advisory
[16] Investigator interview of Abu Dhabi Chamber of Commerce employee, 2019
[17] Ibid.

shareholding to Saeed Bin Butti.  Finally, on November 24, 2019, NOVA Health Investments sold its 30% stake to NMC – this transaction price has yet to be disclosed. (Can't wait!)

*Figure 1: Commercial Registration Certificate and Partnership Changes for Premier Care*



Our investigators spoke to a former Premier employee who said that the facility around the time of the acquisition was only 280 square meters and employed only nine other staff members, including the General Manager, the husband of one of the shareholders.[18]  The former employee said that in two years, Premier had treated only about 60 patients, and in that former employee's view, Premier did not appear to be making much money.[19]  We include pictures of the office building in question below.

---

[18] Investigator interview of former Premier employee, 2019
[19] Ibid.

*Figure 2: Address of Premier Health Circa the Time of Acquisition*



Further inquiries yielded additional red flags: an employee at the Abu Dhabi Health Department related to investigators that the purchase price was "unbelievable" for what was classified as a

small center without authorization to conduct medical procedures.[20]  An employee at Abu Dhabi Health Statistics related that per what he had heard of the deal, it seemed illogical for the transaction to have such a large goodwill balance after only four years of being in business.[21] The fact that 30% of the business first passed to NOVA Health Investments is also notable, although we do not have information on NOVA's ownership.

**The Integrity of NMC's Financial Statements is Questionable**

NMC's Large Reported Cash Balance is Belied by Low Interest Income and High Borrowings

In our extensive experience in emerging markets, particularly China, we have seen numerous companies forge their cash balances.  There are two major red flags regarding NMC's reported cash that cause us to believe it could be materially overstated.  First, NMC's reported interest income appears too low for the cash balances it reports.  Second, the negative carry the company's debt generates does not seem justified by the reasons the company gives for carrying such high debt when it reports a large cash balance.

In our experience, low interest income relative to reported cash balances is a significant indicator of overstated cash.  NMC's interest income yield appears too low, compared to two comparable companies and three randomly selected, seasoned, non-financial, mid- to large cap United Arab Emirates-based companies.  The below table computes annual interest income over the average of Beginning of Year and End of Year balances.

| Year[(1)] | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| NMC | 0.42% | 0.36% | 0.41% | 0.77% |
| Mediclinic International PLC | 3.16% | 2.05% | 2.82% | 3.41% |
| Aster DM Healthcare Ltd. | 1.69% | 2.01% | 2.11% | 3.99% |
| Aldar Properties PJSC | 1.40% | 1.71% | 1.70% | 1.19% |
| Emirates Integrated Telecom Co PJSC | 1.82% | 2.24% | 2.76% | 2.91% |
| Emirates Telecom Group Co. | 2.02% | 2.78% | 2.73% | 2.87% |

*Source: S&P Capital IQ*

[(1)] Mediclinic and Aster are calculated based on their March 31st fiscal years.

As of year-end 2018, NMC's reported cash balance was $491 million, even while NMC's interest expense averaged 5.7% of stated debt.[22]   Management may attempt to explain carrying debt with a high cash balance by saying it regularly makes advance cash payments in acquisitions, which amounted to $69.1 million in 2018.[23]  However, this does not hold water in our view, given the undrawn revolver and the fact that NMC previously issued equity to fund the

---

[20] Investigator interview of employee at Abu Dhabi Health Department, 2019

[21] Investigator interview of employee at Abu Dhabi Health Statistics, 2019

[22] We calculate FY 2018 debt from NMC's balance sheet for this purpose to be $1,992.7 million: see Table "NMC Interest Rate on Total Debt" below.

[23] NMC 2018 Interim Report, p. 18

acquisition of Al Zahra Hospital.[24]  Further, we understand that local banks do not require cash collateralization at a ratio worse than 5:1 to 4:1 for a large business, yet we calculate this ratio for NMC is roughly 3.6:1 overall and 2.2:1 on bank debt.

Compounding our concerns about the negative carry, NMC churns its debt at a rate that imposes significant costs.  NMC refinanced its five-year loans in 2013, 2015, and 2017.  In these cases, the company wrote off unamortized financing fees totaling $12.8 million.  NMC then refinanced its entire long-term debt balance again in 2018, even as its average interest rate ballooned from 3.9% to 5.7%.

*Table 1: NMC Debt Refinancing by Year*

|  | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|
| Term Loans | 223.0 | 250.2 | 206.5 | 575.3 | 829.3 | 1,192.0 | 1,040.8 |
| Convertible Bond & Sukuk |  |  |  |  |  |  | 783.0 |
| Total Long-Term Debt | 223.0 | 250.2 | 206.5 | 575.3 | 829.3 | 1,192.0 | 1,823.8 |
| New Term Loans | 314.5 | 524.5 | 263.6 | 822.7 | 631.5 | 671.4 | 1,532.6 |
| New Convertible Bond & Sukuk |  |  |  |  |  |  | 850.0 |
| Old Facilities Repayment | (172.4) | (500.6) | (307.3) | (472.8) | (378.7) | (319.1) | (1,701.4) |
| Net New Facilities | 142.1 | 23.9 | (43.7) | 349.9 | 252.8 | 352.3 | 681.2 |
| **Portion of Previous-Period LT Debt Refinanced** |  | **235%** | **105%** | **398%** | **110%** | **81%** | **129%** |
| Extraordinary Amortization of Finance Cost |  | (3.4) |  | (2.6) |  | (6.8) | (13.1) |

*Sources: Capital IQ, NMC Annual Reports*

*Table 2: NMC Interest Rate on Total Debt*

|  | H1 2016 | H2 2016 | H1 2017 | H2 2017 | H1 2018 | H2 2018 | H1 2019 |
|---|---|---|---|---|---|---|---|
| Term Loans | 794.7 | 829.3 | 1,110.9 | 1,192.0 | 1,387.8 | 1,040.8 | 1,114.7 |
| Convertible Bond & Sukuk |  |  |  |  | 381.1 | 783.0 | 790.2 |
| Bank Overdrafts & Other Short-Term Borrowings | 200.3 | 219.9 | 233.8 | 207.0 | 197.3 | 169.0 | 190.4 |
| Total Debt | 995.0 | 1,049.2 | 1,344.8 | 1,399.0 | 1,966.2 | 1,992.7 | 2,095.2 |
| T12M Average Debt |  | 1,022.1 | 1,197.0 | 1,371.9 | 1,682.6 | 1,979.5 | 2,044.0 |
| Interest Expense* | 14.9 | 16.8 | 22.5 | 30.6 | 51.6 | 60.4 | 60.2 |
| T12M Interest Expense |  | 31.6 | 39.3 | 53.1 | 82.1 | 111.9 | 120.6 |
| **Interest Rate** |  | **3.10%** | **3.29%** | **3.87%** | **4.88%** | **5.65%** | **5.90%** |

*\*Excludes bank charges as well as financial instrument & option adjustments; these were interpolated where undisclosed*
*Sources: Capital IQ, NMC Annual and Interim Reports*

In FY 2018, interest expense grew precipitously, and these costs formed the most significant component of NMC's earnings miss.[25]  This rise in finance costs to nearly 6% of the disclosed debt balance makes more sense amid NMC's undisclosed debt and reverse factoring.

<u>NMC's Margins Seem too Good to be True as Compared to Those of Regional Peers</u>

---

[24] https://www.morningstar.co.uk/uk/news/AN_1481731022611999700/update-nmc-health-raises-gbp255-million-in-equity-at-5-discount-(alliss).aspx
[25] https://www.sharesmagazine.co.uk/news/shares/shares-in-nmc-health-fall-as-finance-costs-jump-35

NMC derived over 85% of its 2018 revenues from the UAE.[26]  Similarly, the Middle Eastern arm of Mediclinic plc operates exclusively in the UAE, while Aster DM Healthcare Ltd. generated 83% of FY2019 revenue in GCC countries, of which the majority appears to have been in the UAE.[27]  NMC and Aster cater to a base that consists of primarily UAE citizens and migrant workers on low-cost insurance plans, while Mediclinic focuses on the expatriate patient population.[28,29]  In apparent contradiction to its down-market positioning, NMC's EBITDA margins are significantly higher than those of Aster and Mediclinic, by about ten percentage points:

**EBITDA Margins of UAE-Focused Hospital Groups**

|  | 2016 | 2017 | 2018 | H1 2019 |
|---|---|---|---|---|
| NMC | 20.2% | 22.0% | 23.7% | 22.4% |
| Mediclinic Middle East | 11.0% | 13.2% | 13.0% | 9.6% |
| Aster GCC Hospitals & Clinics | | 12.3% | 14.5% | |

*Sources: Respective annual reports for NMC; Aster DM 2018 Annual Report; respective annual reports for Mediclinic*

*Note: Aster and Mediclinc have March fiscal years*

While NMC reports EBITDA margins in excess of 20%, Mediclinic's and Aster's hover in the low teens, with a 20% long-term margin target at Mediclinic that still remains materially lower than NMC's.  We suspect that several unsavory practices explain the profitability gap, including understated rejection rates, and support from related parties.

The Discrepancy May Come from Understated Rejection Rates at NMC

We believe NMC is understating its rejection rates by insurers, which thereby boosts its margins. NMC's 2018 sukuk bond issue states that NMC "has maintained a relatively consistent reimbursement claim rejection rate of around 2.0 per cent. over the periods under review."[30]  We believe 2% is an unrealistically low rejection rate.

We believe from interviews with two industry executives and a former NMC hospital manager that NMC's rejection rates are materially higher than it reports.  The former NMC manager said to us that NMC's rejection rates in the UAE were about 9%, while two other professionals familiar with market trends respectively estimated rejection rate ranges of 6% to 7% and 8.5% to 11%.[31,32,33]  With this in mind, it becomes less surprising that the proportion of NMC's unimpaired receivables overdue by more than a year has grown by a factor of six in five years.[34]

---

[26] NMC 2018 Annual Report, p. 13
[27] Aster DM Healthcare FY2019 Annual Report, p. 51
[28] Interview with healthcare revenue cycle management professional, 2019
[29] Interview with healthcare reimbursement consultant, 2019
[30] NMC sukuk offering document, p. 122
[31] Interview with hospital manager, 2019
[32] Interview with healthcare revenue cycle management executive, 2019
[33] Interview with healthcare reimbursement consultant, 2019
[34] NMC 2015 Annual Report, p. 135; 2017 Annual Report, p. 2018 Annual Report, p. 141



Such accumulation of overdue receivables suggests that NMC is having difficulty getting paid by insurers. We understand that payors in the UAE have begun taking a closer look at reimbursement in recent years.

A higher-than-stated rejection rate would cast a significant shadow over NMC's financial performance. Even if NMC's rejection rates were consistent with those of Mediclinic and Aster—in the neighborhood of 5%, per the lower of two industry expert estimates—, then that shift would seemingly eliminate a material portion of NMC's apparent EBITDA margin advantage over those healthcare groups. To sensitize NMC's financials to changes in the rejection rate, we would need to know the EBITDA margin on average transactions billed to insurers gross of any rejections (i.e., the margin on delivering the service assuming no rejections) and the exact percentage of revenue billed to insurers. Regardless, the potential EBITDA margin difference from an increase in the rejection rate appears significant.

Using a simple model of $1.0 million in invoices on a 25% gross EBITDA margin, the difference in EBITDA margins by rejection rate percentage on the portion of revenue billed to insurers is shown below:

| Invoiced | 1,000,000 | | | | | | | | | |
| Gross EBITDA Margin | 25% | | | | | | | | | |
| Rejection Rate | 0% | 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% |
| Revenue Rejected | - | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 |
| Net Revenue | 1,000,000 | 990,000 | 980,000 | 970,000 | 960,000 | 950,000 | 940,000 | 930,000 | 920,000 | 910,000 |
| Costs | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 |
| EBITDA | 250,000 | 240,000 | 230,000 | 220,000 | 210,000 | 200,000 | 190,000 | 180,000 | 170,000 | 160,000 |
| **EBITDA Margin** | **25.0%** | **24.2%** | **23.5%** | **22.7%** | **21.9%** | **21.1%** | **20.2%** | **19.4%** | **18.5%** | **17.6%** |

*Possible Subsidies from Related Parties*

NMC substantial purchases from related parties that could also boost margins. Notably, there are sizable and increasing purchases from related parties that amounted to $130 million, or 11%, of expenses, in 2018. There is minimal disclosure regarding these purchases, with one footnote that

says, "purchase of healthcare inventory are made at a price fixed by the regulator."[35]  The cost of any subsidies provided by these related parties very well could be inflated capex.

|  | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Purchases From Related Parties ($mn) | 54.252 | 59.37 | 78.778 | 130.106 |
| Direct Costs | 575.926 | 753.325 | 968.044 | 1216.13 |
| Percentage of Direct Costs | 9.4% | 7.9% | 8.1% | 10.7% |

**Issues with NMC's Reported Debt Balance**

We believe NMC's reported debt is manipulated and understated.  Our particular suspicions and concerns are enumerated below.  We previously had been having (through a pseudonym) a productive dialog with the company - until we started asking debt questions.  We were promised answers, and yet never received responses - even after sending follow ups.  The lack of response should not be interpreted to mean that each of our suspicions regarding the debt is accurate.  However, we believe that the completely broken commitment to answer our debt questions, on the whole, supports our view that NMC has materially manipulated its debt lower.

- NMC disclosed in H1 2019 that it had failed to account for and disclose $352.2 million of operating leases as of FY 2018.  We have never before seen such a material "Oops!  Look what we just found!" disclosure, and at the least, it highlights NMC's lack of internal controls.  However, we suspect that this was an intentional understatement.

  While this amount could possibly arise from Aspen leases, we believe it likely is in addition to a present value of approximately $320 million for the Aspen leases.  Regardless, we believe that NMC's 2018 financials, which omitted any capitalization of, or reference to, Aspen's leases, should be restated.  Moreover, we believe that Aspen leases are properly treated as finance leases, and they should be shown on the balance sheet.  We suspect that the $706.9 million lease liabilities NMC shows in H1 2019 do not include Aspen.  In that case, in our view, NMC's finance lease debt would still be understated by approximately $320 million as of H1 2019.  NMC failed to answer questions about this amount and its lease presentation.

- NMC has apparently given investors and ratings agencies a consistent impression that it does not engage in "reverse factoring", or that any supply chain financing facilities are non-recourse to the company.  Neither impression is correct.  We found reverse factoring facilities for NMC arranged by Credit Suisse and Channel Finance S.A.  Both are recourse to NMC.  While these could potentially be included in short-term borrowings, we believe they are either in Accounts Payable, or not on the balance sheet at all.  NMC provided no assistance with this line of analysis.  NMC's Days Payable Outstanding has risen from 54.6 as of H2 2016 to 75.0 as of H1 2019, supporting a view that these debts are APs.[36]

---

[36] According to calculations by S&P Capital IQ.

- When searching online, we found a $105 million three-year facility arranged by First Energy Bank.  Khalifa Bin Butti became chairman of this bank in May 2016.  In a salacious coincidence, Mr. Bin Butti replaced Khadem al-Qubaisi, who was arrested for his role in the "Billion Dollar Whale" / 1MDB / Jho Low scandal.[37]  NMC made no disclosure or announcement of this facility, which we see as unusual based on its history.

  In recent weeks, the web page on the bank's site announcing this facility has gone into the Memory Hole.  (Fortunately, we still have a copy.) Given the lack of disclosure, close relationship, and possible coverup attempt, we wonder whether this facility is on the balance sheet.  It is not shown in Bloomberg's debt table.  We recognize that Bloomberg might not have all issuances; but, the facts surrounding this facility give rise to several questions, and yet the company ceased engaging with us as we sought to reconcile to its reported debt.

- Assuming that the Reverse Factoring is not in short-term borrowings, it appears the $190.4 million balance as of H1 2019 could largely be overdrafts.  At least that was the implication of statements by Mr. Yahya, who reiterated that this balance is "overdrafts, et cetera" multiple times.  He stated that the company had never drawn on its $400 million revolver.  This would be a staggering overdrafts balance to run, particularly given the purported cash.  A partial answer could be provided by an $80 million short-term facility we found that was arranged by Kuwait International Bank and Warba Bank.  However, there was no disclosure or announcement by NMC of this facility, which we believe is unusual.  If the Kuwait International / Warba facility is not included in S-T Borrowings, we are truly perplexed.  Regardless, any eight or nine figure overdrafts balance would be shocking, particularly given NMC's reported cash balances.  In any event, we never received a response to our request for further detail on the short-term borrowings.

Where our Doubts about NMC's Reported Debt Balances Start

As we outline in this report, we have numerous concerns about the integrity of NMC's financial statements.  If there is one simple way of showing what a mess NMC's financials could be, it is the failure to disclose over $350 million of operating lease commitments prior to H1 2019.  In the H1 2019 report, NMC disclosed that it suddenly found $352.2 million of operating lease commitments it had previously failed to disclose.   This amount represents over 12% of NMC's reported debt total inclusive of leases, and the failure to previously disclose it is, in our view, a massive red flag.  We find it implausible that any LSE issuer could overlook such a large lease liability, and therefore, we think NMC likely intentionally omitted the disclosure in prior periods.

NMC Understated Aspen-Related Debt by Approximately $320 Million in FY 2018 and Likely Continues to Do So

---

[37] http://www.aleqt.com/2016/08/24/article_1080364.html

NMC unjustifiably in our view understated its FY 2018 debt by at least approximately $320 million, and likely continues to do so.  When NMC acquired Aspen Healthcare in August 2018, we believe it should have shown Aspen's leases as finance leases on its FY 2018 balance sheet, which would have amounted to a lease obligation of approximately $320 million.  This would have been consistent with Aspen's former parent, Tenet Healthcare Corp.'s, accounting.[38] However, NMC's reported FY 2018 finance lease obligations of only $4.7 million makes clear that it understated its debt by not reporting them as finance leases.  This issue should be considered along with the aforementioned failure to disclose the operating lease commitments.

At a glance, it might seem that the undisclosed operating lease commitments largely consist of the Aspen lease obligations; however, we believe that these amounts are separate, and that NMC's lease obligations are effectively approximately $320 million higher than it reported at H1 2019.

However, even if the $352.2 million lease obligations are largely Aspen leases, to us it shows manipulative intent to classify them as operating leases when Tenet classified them as capital leases under U.S. GAAP.  (In our view, there are no material differences between the two standards that would not require NMC to step into Tenet's shoes from a lease accounting perspective.)

We do not believe that the $352.2 million includes the Aspen leases, and therefore we believe the balance sheet debt is still understated by at least approximately $320 million as of H1 2019.  First, the H1 2019 disclosure that shows the $352.2 million lease commitments implies that the commitments do not actually relate to Aspen.  That disclosure implies that the $352.2 million is an undiscounted number.  The undiscounted liability from the Aspen leases should be approximately $450 million – not $350 million.[39]  The table below, which is the disclosure, follows the standard for reconciling the operating lease commitment to the opening balance of lease liabilities under IFRS 16.  The standard provides for an aggregation of future minimum lease payments, and then applying the present value discount in a separate line.[40]  The below table shows the $352.2 million above the discounting line.[41]

Further, we understand that in accounting convention, "commitments" are shown as undiscounted amounts.[42]  On the other hand, discounting by only $66.5 million would seem low if it were applied to the $352.2 commitments as well as the first disclosure line, Non-cancellable operating lease commitments disclosed as at 31 December 2018.

---

[38] See Tenet disclosures for Q2 and Q3 2018.

[39] Aspen's 2018 financials disclose GBP 353.0 million minimum future payments under non-cancellable operating leases, which approximates $450 million.

[40] See https://www.ey.com/Publication/vwLUAssets/ey-applying-ifrs-leases-transitions-disclsosures-november2018/$File/ey-applying-ifrs-leases-transitions-disclsosures-november2018.pdf

[41] NMC H1 2019 Interim Report, p. 32

[42] https://help.iris.co.uk/IRIS/ODL/Accounts_Production/HT/FRS_102/FRS_102_Disclosure_of_operating_lease_commitments.htm

The lease liabilities as at 1 January 2019 can be reconciled to the operating lease commitments as of 31 December 2018 as follows:

| Lease liabilities details | US$ '000 |
|---|---|
| Non-cancellable operating lease commitments disclosed as at 31 December 2018 | 169,064 |
| Further lease commitments identified * | 352,203 |
| Effect of discounting based on weighted average incremental borrowing rate as at 1 January 2019. | (66,493) |
| Discounted operating lease commitments as at 1 January 2019 | 454,774 |
| Amounts reclassified with respect to previously recognised finance lease | 4,679 |
| Payments in optional extension periods not recognised at 31 December 2018 | 18,106 |
| Payments with respect to operating leases previously cancellable at the option of lessee | 251,710 |
| Lease liabilities recognised as at 1 January 2019 | 729,269 |

\* Following a review of lease data validation during the IFRS 16 transition process, additional lease payments were identified which were previously not part of operating lease commitments.

Either way, NMC's FY 2018 leverage was in our view materially higher than reported due to not reporting Aspen leases as finance leases.

It is worth recalling some of the history of NMC's disclosures about Aspen, which we also view as intentionally misleading. Since the acquisition, NMC's narrative has been that it got a great deal on Aspen, paying a mere £10 million for Aspen's equity.[43] NMC management, for their part, denied taking on the Aspen leases, stating that, "What we acquired is an opco. So, the propco has been maybe sitting on Tenet's balance sheet due to the accounting for leases...We acquired this opco for GBP10 million enterprise value and we have a propco arrangement with another real estate company for the next 25 years."[44] However, the wording of the announcement appears to be misleading, as Tenet's SEC filings for the transaction show $320 million in liabilities held for sale, indicating that NMC was assuming the lease liabilities of the Aspen business.[45] As previously mentioned, Aspen's filings show minimum non-cancellable undiscounted lease payments of £353.0 million as of FY 2018.

NMC Engages in Significant Supply Chain Financing and Undisclosed Reverse Factoring

NMC appears to have given investors the impression that it does not engage in "reverse factoring". The Moody's analyst recently confirmed his understanding that NMC does not engage in reverse factoring. However, a July 2019 sell-side report on NMC mentioned two Credit Suisse supply chain finance funds that own payables of NMC; NMC then apparently denied this was reverse factoring because the payables were not tied to a single supplier, which the sell-side analyst dismissed as a "borderline technicality".

---

[43] https://www.thenational.ae/business/markets/nmc-health-makes-first-uk-acquisition-with-aspen-healthcare-deal-1.761765
[44] NMC CEO remarks on H1 2018 Earnings Call, Bloomberg
[45] https://www.sec.gov/Archives/edgar/data/70318/000007031818000033/exhibit991esp.htm

The reality is that NMC does engage in reverse factoring, and it goes beyond the Credit Suisse amounts. In addition to the Credit Suisse funds, we found a facility issued by an entity called Channel Finance. Just as importantly, we suspect that NMC's reported debt does not include these reverse factoring facilities. Interestingly, in November 2019, the notes financing the facility were de-listed, which could be an attempt to conceal this facility.

In 2018, NMC appears to have issued in over $100 million of supply chain financing payables bought by Credit Suisse funds. We see NMC payables present in two Credit Suisse supply chain funds in both 2018 and 2019. These are the Credit Suisse (Lux) Supply Chain Finance Fund and Credit Suisse Nova (Lux) Supply Chain Finance High Income Fund.[46,47,48,49] October 31, 2018 annual snapshots of the CS funds' holdings are shown below:

---

[46] Credit Suisse Virtuoso SICAV-SIF, Unaudited Semi-Annual Report at 30.04.2019, p. 38
[47] Credit Suisse Nova (Lux) Supply Chain Finance High Income Fund Unaudited Semi-Annual Report at 30.04.2019, p. 77
[48] Credit Suisse Virtuoso SICAV-SIF, Annual Report at 30.10.2019, p. 40
[49] Credit Suisse Nova (Lux) Supply Chain Finance High Income Fund Annual Report at 30.10.2019, p. 84

Credit Suisse Virtuoso SICAV - SIF • Audited Annual Report at 31.10.2018

## Credit Suisse (Lux) Supply Chain Finance Fund

### Statement of Investments in Securities (Continued)

| | Description | Quantity / Nominal | Valuation (in USD) | % of net assets |
|---|---|---|---|---|
| USD | NEWELL BRANDS INC 19-19.02.2019 | 489,966 | 486,226.84 | 0.02 |
| USD | NEWELL BRANDS INC 19-22.01.2019 | 820,484 | 815,643.26 | 0.04 |
| USD | NEWELL BRANDS INC 19-22.01.2019 | 787,970 | 726,972.36 | 0.04 |
| USD | NEWELL BRANDS INC 19-25.02.2019 | 1,310,762 | 1,300,353.75 | 0.06 |
| USD | NEWELL BRANDS INC 19-28.01.2019 | 990,345 | 983,055.50 | 0.05 |
| USD | NEWELL BRANDS INC 19-28.01.2019 | 524,015 | 519,824.91 | 0.03 |
| USD | NISSAN NORTH AMERICA INC 18-04.11.2018 | 796,823 | 781,394.48 | 0.04 |
| USD | NISSAN NORTH AMERICA INC 18-05.11.2018 | 5,493,717 | 5,490,680.18 | 0.27 |
| USD | NISSAN NORTH AMERICA INC 18-05.11.2018 | 779,599 | 634,961.81 | 0.03 |
| USD | NISSAN NORTH AMERICA INC 18-05.12.2018 | 187,215 | 186,509.92 | 0.01 |
| USD | NISSAN NORTH AMERICA INC 18-06.11.2018 | 1,362,830 | 827,584.98 | 0.04 |
| USD | NISSAN NORTH AMERICA INC 18-07.11.2018 | 544,840 | 87,632.48 | 0.00 |
| USD | NISSAN NORTH AMERICA INC 18-12.11.2018 | 715,909 | 713,154.87 | 0.03 |
| USD | NISSAN NORTH AMERICA INC 18-15.11.2018 | 734,563 | 733,336.20 | 0.04 |
| USD | NISSAN NORTH AMERICA INC 18-17.12.2018 | 3,733,556 | 3,717,140.46 | 0.18 |
| USD | NISSAN NORTH AMERICA INC 18-19.11.2018 | 22,407,013 | 997,043.92 | 0.05 |
| USD | NISSAN NORTH AMERICA INC 18-19.12.2018 | 753,726 | 750,357.61 | 0.04 |
| USD | NISSAN NORTH AMERICA INC 18-20.11.2018 | 1,611,620 | 1,610,241.82 | 0.08 |
| USD | NISSAN NORTH AMERICA INC 18-21.11.2018 | 3,401,945 | 2,254,936.04 | 0.11 |
| USD | NISSAN NORTH AMERICA INC 18-26.12.2018 | 897,894 | 892,161.20 | 0.04 |
| USD | NISSAN NORTH AMERICA INC 18-26.12.2018 | 455,620 | 453,507.90 | 0.02 |
| USD | NMC HEALTHCARE LLC 18-01.11.2018 | 5,668,239 | 5,667,593.95 | 0.27 |
| USD | NMC HEALTHCARE LLC 18-07.12.2018 | 40,806,829 | 26,404,007.13 | 1.27 |
| USD | NMC HEALTHCARE LLC 18-11.12.2018 | 8,056,037 | 4,169,247.49 | 0.20 |
| USD | NMC HEALTHCARE LLC 18-12.11.2018 | 10,206,588 | 2,142,687.02 | 0.10 |
| USD | NMC HEALTHCARE LLC 18-13.11.2018 | 4,650,545 | 4,643,636.99 | 0.23 |
| USD | NMC HEALTHCARE LLC 18-26.03.2019 | 3,709,752 | 3,647,586.80 | 0.18 |
| USD | NMC HEALTHCARE LLC 18-30.11.2018 | 5,319,955 | 5,301,615.31 | 0.26 |
| USD | NMC HEALTHCARE LLC 19-08.04.2019 | 1,926,740 | 1,889,483.05 | 0.09 |
| USD | NMC HEALTHCARE LLC 19-09.04.2019 | 11,921,728 | 11,699,129.67 | 0.57 |
| USD | NMC HEALTHCARE LLC 19-11.02.2019 | 2,725,770 | 2,230,328.94 | 0.11 |
| USD | NMC HEALTHCARE LLC 19-12.02.2019 | 1,375,341 | 1,358,797.88 | 0.07 |
| USD | NMC HEALTHCARE LLC 19-18.03.2019 | 16,125,615 | 15,898,804.35 | 0.76 |
| USD | NMC HEALTHCARE LLC 19-18.03.2019 | 2,435,215 | 2,394,716.47 | 0.12 |

Credit Suisse Nova (Lux) • Audited Annual Report as at 31.10.2018

## Credit Suisse Nova (Lux) Supply Chain Finance High Income Fund

### Statement of Investments in Securities (Continued)

| | Description | Quantity / Nominal | Valuation (in USD) | % of net assets |
|---|---|---|---|---|
| USD | FRESH RESULTS LLC 18-18.12.2018 | 412,306 | 409,220.21 | 0.10 |
| USD | FRESH RESULTS LLC 18-21.11.2018 | 192,680 | 192,036.15 | 0.05 |
| USD | FRESH RESULTS LLC 18-28.12.2018 | 205,003 | 203,083.52 | 0.05 |
| USD | FRESH RESULTS LLC 19-01.02.2019 | 205,181 | 201,255.93 | 0.05 |
| USD | FRESH RESULTS LLC 19-11.01.2019 | 625,404 | 617,768.70 | 0.15 |
| USD | FRESH RESULTS LLC 19-16.01.2019 | 256,268 | 252,265.37 | 0.06 |
| USD | FRESH RESULTS LLC 19-18.01.2019 | 256,339 | 252,226.45 | 0.06 |
| USD | FRESH RESULTS LLC 19-23.01.2019 | 154,084 | 151,452.65 | 0.04 |
| USD | FRESH RESULTS LLC 19-30.01.2019 | 307,405 | 301,824.01 | 0.08 |
| USD | GULF PETROCHEM FZC 19-12.02.2019 | 4,998,834 | 4,892,975.94 | 1.22 |
| USD | GULF PETROCHEM FZE 19-06.02.2019 | 4,999,981 | 4,913,583.13 | 1.22 |
| USD | GULF PETROCHEM FZE 19-07.02.2019 | 4,992,147 | 4,904,878.83 | 1.22 |
| USD | GULF PETROCHEM FZE 19-07.02.2019 | 4,991,489 | 4,904,290.33 | 1.22 |
| AUD | IMPACT GROUP AUS PTY LTD 18-07.12.2018 | 364,742 | 257,062.92 | 0.06 |
| AUD | IMPACT GROUP AUS PTY LTD 18-21.12.2018 | 316,750 | 222,477.53 | 0.06 |
| USD | J&K TIMBERS (PROPRIETARY) LTD 18-19.12.2018 | 191,259 | 189,775.65 | 0.05 |
| EUR | J&K TIMBERS (PROPRIETARY) LTD 19-15.01.2019 | 156,124 | 175,852.31 | 0.04 |
| USD | J&K TIMBERS (PROPRIETARY) LTD 19-29.01.2019 | 174,932 | 172,466.17 | 0.04 |
| USD | KAST CONSTRUCTION COMPANY LLC 18-02.12.2018 | 292,730 | 290,891.04 | 0.07 |
| USD | KAST CONSTRUCTION COMPANY LLC 18-07.11.2018 | 193,512 | 130,868.45 | 0.03 |
| USD | KAST CONSTRUCTION COMPANY LLC 18-24.11.2018 | 718,200 | 715,306.64 | 0.18 |
| USD | KAST CONSTRUCTION COMPANY LLC 18-26.11.2018 | 672,253 | 668,735.66 | 0.17 |
| USD | KEYSTONE FOODS INTERMEDIATE LLC 18-19.12.2018 | 142,279 | 122,616.58 | 0.03 |
| USD | KEYSTONE FOODS INTERMEDIATE LLC 18-27.11.2018 | 157,928 | 157,444.30 | 0.04 |
| USD | KEYSTONE FOODS INTERMEDIATE LLC 19-16.01.2019 | 250,909 | 246,798.77 | 0.06 |
| USD | NMC HEALTHCARE LLC 18-010419 | 11,440,944 | 11,114,619.45 | 2.77 |
| USD | NMC HEALTHCARE LLC 19-25.03.2019 | 2,392,231 | 2,330,367.69 | 0.58 |

The most current holdings reports we have are from April 30, 2019, and they show a total of $136.8 million.[50]

In addition, there are two Luxembourg-listed debt instruments arranged by Channel Finance and secured by NMC Healthcare.  As seen in the prospectus, this debt is expressly for reverse factoring:

---

[50] See CS Nova Lux 30 April 2019 report, p. 77; and Credit Suisse Virtuoso SICAV-SIF 2019 Semi-Annual Report, p. 38.

BASE PROSPECTUS

# Channel Finance S.A.

*a securitisation company incorporated as a public limited liability company (société anonyme) under the laws of the Grand Duchy of Luxembourg on 14 March 2014, with registered office at 51, Avenue J.F Kennedy, L-1855, Luxembourg and registered with the Luxembourg trade and companies register under number B185558*

## acting through and in respect of its Compartment 005

as issuer under the

## UP TO USD 50,000,000 SECURED NOTE PROGRAMME SECURED BY IRREVOCABLE PAYMENT UNDERTAKINGS OF NMC HEALTHCARE LLC AND GUARANTEED BY NMC HEALTH PLC

The Notes will ultimately be backed by the IPUs (defined below), arising from the provision of goods and services provided to NMC Healthcare LLP (the "**Obligor**") by certain of its trade creditors (the "**Suppliers**") where the Issuer has paid the debt of the Obligor to such Suppliers. Pursuant to the terms of the customer agreement dated on or about the Signing Date between the Obligor and the Issuer (the "**Customer Agreement**"), the Obligor irrevocably undertakes (the "**IPU**") to pay to the Issuer in full (converted at the spot rate of exchange where necessary) the full face amount of any Accounts Payable paid by the Issuer to the applicable Supplier.

As of year-end 2018, Channel Finance showed $81 million of reverse factoring employed by NMC—see "Compartment 005" below:[51,52]

On 3 April 2018, the board resolved to create Compartment 005. The compartment issued secured notes of USD 85,000,000, using the proceeds to purchase secured obligations in relation to trade payables as part of a supply chain finance transaction. The issued secured notes of USD 85,000,000 are listed on the Luxembourg Stock Exchange.

## 3.   LOANS AND RECEIVABLES

| | Compartment 001 31-Dec-18 USD | Compartment 002 31-Dec-18 USD | Compartment 003 31-Dec-18 USD | Compartment 005 31-Dec-18 USD | Compartment Together 31-Dec-18 USD |
|---|---|---|---|---|---|
| Opening Balance | 60,887,361 | 74,456,952 | 16,496,296 | - | 2,988,966 |
| Purchase of receivables * | 283,501,073 | 607,338,057 | 100,724,546 | 153,694,894 | 101,201,947 |
| Repurchases | (8,389,527) | (2,699,031) | (772,164) | - | (846,861) |
| Deferred purchases ** | - | - | (7,207,844) | - | (2,925,084) |
| Discount purchased | (5,310,167) | (27,809,769) | (15,699,564) | (4,090,763) | - |
| Revaluation of receivables | - | - | - | - | (498,104) |
| Collections of receivables | (286,639,735) | (504,769,297) | (97,346,230) | (68,571,592) | (90,719,730) |
| Deferred purchases realised | - | - | 22,147,436 | - | - |
| Discount amortized | 5,298,528 | 21,954,008 | 321,045 | 1,748,582 | 2,428,048 |
| Impairment on financial assets | - | - | - | - | (4,508,608) |
| Closing balance | 49,347,533 | 168,470,920 | 18,663,521 | 82,781,121 | 7,120,573 |

---

[51] Channel Finance S.A. 2018 Annual Report, p. 22
[52] Channel Finance S.A. 2018 Annual Report, p. 30

The table below shows the amounts outstanding of which we are aware under each facility:

| Supply Chain Finance Balances ($mn) | April 2018 | October 2018 | December 2018 | April 2019 |
|---|---|---|---|---|
| Credit Suisse (Lux) Supply Chain Finance | | 87.5 | | 127.8 |
| Credit Suisse Nova (Lux) Supply Chain Finance | | 13.4 | | 9.0 |
| Channel Finance S.A. | 45.0 | | 82.8 | |

We believe that NMC does not include these facilities in its reported debt totals. If they were included in debt, we would expect them to be in Short-Term Borrowings because the maturities on the CS fund securities are short-term, and the purchases and collections of the Channel Finance facility implies those are short-term as well. As of June 30, 2019, NMC's Short-Term Borrowings totaled $190.4 million. The most recent figures we have from each facility total $219.6 million, which exceeds the Short-Term Borrowings number. Of course, NMC could have paid down the reverse factoring in the interim, but the emphasis by Mr. Yahya in our conversation on overdrafts, as well as the existence itself of these reverse factoring facilities causes us to believe that these balances are likely excluded from debt. The company has not responded to questions that would help us understand these issues.

We note also the increase in Days Payable Outstanding over time:[53]

| | | | LTM |
|---|---|---|---|
| | 12 months | 12 months | 12 months |
| For the Fiscal Period Ending | Dec-31-2017 | Dec-31-2018 | Jun-30-2019 |
| Avg. Days Payable Out. | 55.3 | 61.1 | 75.0 |

We also see a November 2019 NMC press release as an attempt to mislead about its reverse factoring. The release seems designed to assuage concerns about whether NMC engages in reverse factoring. It stated that certain of NMC's suppliers use receivables factoring, amounting to $50-$75 million.[54] In the release, NMC further stated that the suppliers bear all associated costs and the debt has no recourse to the company. When NMC has sizable reverse factoring facilities that it guarantees, why issue this statement if not to mislead investors?

Questionable $105 Million Facility

We found an un-announced $105 million facility arranged by First Energy Bank. As a general matter, we are unable to reconcile to NMC's reported debt figures. Given what we see as weak controls surrounding NMC's reporting, the lack of announcement of this facility, the recent disappearance of this facility from the bank's website (while other facilities appear to remain), NMC and First Energy Bank's directorship overlap, and the general troubling pattern of dealings we see involving NMC (detailed infra), we believe it is reasonable to question whether this debt is included in NMC's reported debt figure.

---

[53] Source: S&P Capital IQ.
[54] https://cf-cdn.nmc.ae/Uploads/InvestorRelations/governance-initiatives-update-11-nov-2019-07fd2090-7ae1-4029-960e-aef866042520.pdf

To understand why we first question whether this facility is included in NMC's reported debt, we start with Bloomberg's debt table.  It is not shown in the table, although we acknowledge that Bloomberg will not necessarily have all debt issuances by a company.



First Energy Bank has an important overlapping directorship with NMC: Khalifa Bin Butti, who has chaired the bank since 2016.  Why then has First Energy Bank has put the parts of its website touting the NMC facility into the Memory Hole?  (Particularly when the bank's 2018 AR notes the facility?)

Google search returns point to the page on First Energy Bank's website:



But in recent weeks, clicking has returned a 404 Error:



First Energy Bank's website no longer shows NMC among its investment portfolio; but, the Wayback Machine's May 2019 snapshot shows NMC featured:





A June 2019 Wayback Machine capture shows the details of the facility:

http://1stenergybank.com/project/nmc-healthcare-llc/   Go   APR **JUN** JUL
3 captures                                                        ◄ **08** ►
8 Jul 2018 - 8 Jun 2019                                          2018 **2019** 2020

## NMC HEALTHCARE LLC

## NMC HEALTHCARE LLC



In December 2018, FEB syndicated a 3-year US$ 105 million Senior Murabaha Facility with NMC Healthcare LLC (NMC). FEB is acting as the Mandated Lead Arranger, Investment Agent and the Security Agent.

NMC is the largest private healthcare service provider in the United Arab Emirates based out of Abu Dhabi. The company owns and manages over 190 healthcare facilities in 19 countries catering to over 7 million patients a year and employing over 2,000 doctors. The company is also a leading UAE distributor of products and consumables across several key market segments with the majority in healthcare related products. The parent company, NMC Health PLC listed in London Stock Exchange and a member of the FTSE 100, has a market capitalization of approx. of US$ 7.3 billion.

Perhaps First Energy Bank was looking to cut the hosting costs of its website by purging this data. Or maybe there's a more nefarious reason.

How Large Are NMC's Overdrafts?

When we spoke with Mr. Yahya, he repeatedly described Short-Term Borrowings as "overdrafts, et cetera". NMC needs to provide investors with details regarding its Short-Term Borrowings, including overdrafts. Overdrafts tend to be expensive, and we would be shocked to see an eight-, let alone nine-figure balance, particularly for a company that reports as much cash as NMC does.

We found a $80 million short-term facility arranged by Kuwait International Bank and Warba Bank that should explain a portion of the Short-Term Borrowings. There was no disclosure or announcement by NMC of this facility, which we believe is unusual. Assuming this is included in NMC's Short-Term Borrowings figure, it is even less likely that the reverse factoring facilities could be included there because they likely exceed the remainder of the Short-Term Borrowings.

**Significant Corporate Governance Failings at NMC**

Shareholders, Management, and the Board – Conflicted and Misaligned Incentives

Insiders own 55% of NMC shares.  17.4% is owned by Saeed Bin Butti, 14.7% is owned by Khalifa Bin Butti, and 7.3% belongs to joint Bin Butti vehicle Infinite Investments, while BR Shetty owns 15.9%.

Some of the "independent" directors appear to us independent in name only.  Abdulrahman Basaddiq is a former Ernst & Young country partner who is on the board of Shetty-controlled Finablr.  Thus, we do not believe he is truly independent.  Jonathan Bomford, meanwhile, is also a former Ernst & Young partner, and he also serves on the Finablr board.  These NMC directors remind us of the board of Sino Forest, which we once called "the retirement plan for former Ernst & Young partners".[55]  (In our view, the cozy relationship between these former EY partners and Sino-Forest's then-auditor – EY – contributed to a lack of rigor in the audit.)

Other current and former members of the board also exhibit strong ties to the controlling shareholders of NMC.  Ayesha Abdulla was previously CEO of Dubai Healthcare City, which launched Shetty's BR Medical Suites.  Ex-board member Dr.  Nandini Tandon even describes BR Shetty as a mentor and co-founded Tenacity Group with Shetty.[56] Despite her ties to NMC's founder, she resigned from the board in February 2019 "with immediate effect.[57]

Despite these entanglements, NMC Group's controlling shareholders claim their relationship agreement "includes provisions to ensure the Board remains independent."[58,59]

Meanwhile, the Chair of NMC's Audit Committee, Lord Meade, has no apparent accounting experience.  He was Chairman of Eurasia Drilling, where he recommended a buyout by the majority oligarch shareholders while sitting on the board of another of the buyers' portfolio companies, Soma Oil & Gas.[60] Soma Oil & Gas was itself subject to a Serious Fraud Office investigation into alleged bribery and corruption in Somalia.[61]

As for the auditor, NMC has had three different Senior Statutory Auditors (i.e., engagement partners) from Ernst & Young in four years.  We understand that engagement partners generally serve for five to seven years.  The first change was in FY 2016 when Cameron Cartmell was replaced by Victor Veger.  One person with whom we spoke, and who had some familiarity with the situation, speculated that prior to being dismissed from the engagement, Mr. Cartmell was trying to improve the rigor of NMC's reporting.[62] (Mr. Cartmell otherwise appears well-qualified, as he is still at Ernst & Young, heading its hospitality and leisure sector in the UK, Europe, Middle East, India, and Africa.[63]  Mr. Veger has been with Ernst & Young over 34 years

---

[55] Muddy Waters Issues Strong Sell on Sino-Forest Corporation, p. 2
[56]
http://www.indiaempire.com/article/172/we_are_committed_to_take_silicon_valleys_signature_entrepreneurship_to_up
[57] https://cf-cdn.nmc.ae/Uploads/InvestorRelations/nmc-health-plc-board-change-08-feb-2019-2e22d25d-22bb-4be6-95e8-ce6d97a467f5.pdf
[58]  https://www.frc.org.uk/document-library/corporate-governance/2016/uk-corporate-governance-code-april-2016
[59] NMC 2018 Annual Report, p.  94
[60]  https://www.thetimes.co.uk/article/earl-of-clanwilliam-s-russian-conflict-wd28kjzjl
[61] https://www.ft.com/content/eede8ad3-498c-30b4-ad03-5856ef7ccfcb
[62] Expert interview, October 2019.
[63] https://uk.linkedin.com/in/cameron-cartmell-b24812b

and specializes in financial services.)  This year, the audit partner is again slated to change, according to the 2018 Annual Report.[64]

Management and insiders have been selling staggering quantities of shares

In the past two years, we estimate insiders have monetized £1 billion, net, via selling, collaring, and pledging stock.  Of this, £45 million was outright share sales by insiders.  We calculate that BR Shetty realized an approximate £250 million from the collar transaction he put on his shares.  And finally, Khalifa Bin Butti and BR Shetty's share pledges approximated £700 million.

*Table 3: NMC Share Transactions*

| Individual | Title | Transaction Type | Date | Number of Shares | Average Share Price (GBP) | Total Amount (GBP) |
|---|---|---|---|---|---|---|
| BR Shetty | Non-Executive Joint Chairman | Sell | 6/8/2017 | (2,043,000) | 23.20 | (47,397,600) |
| BR Shetty | Non-Executive Joint Chairman | Sell | 6/29/2017 | (10,000,000) | 23.20 | (232,000,000) |
| Hani Buttikhi | Chief Investment Officer | Buy | 12/10/2018 | 6,000 | 31.97 | 191,820 |
| Jonathan Bomford | Senior Independent Director | Buy | 7/20/2017 | 1,000 | 22.54 | 22,540 |
| Jonathan Bomford | Senior Independent Director | Buy | 10/31/2018 | 1,000 | 34.76 | 34,755 |
| Lord Clanwilliam | Independent Non-Executive Director | Buy | 11/20/2017 | 2,500 | 27.26 | 68,150 |
| Lord Clanwilliam | Independent Non-Executive Director | Buy | 11/21/2017 | 1,160 | 28.05 | 32,538 |
| Lord Clanwilliam | Independent Non-Executive Director | Buy | 2/5/2018 | 3,000 | 31.98 | 95,951 |
| Mark Tompkins | Non-Executive Joint Chairman | Sell | 6/9/2017 | (1,000) | 23.00 | (23,000) |
| Mark Tompkins | Non-Executive Joint Chairman | Buy | 12/7/2017 | 4,000 | 28.37 | 113,495 |
| Mark Tompkins | Non-Executive Joint Chairman | Buy | 12/8/2017 | 27,000 | 29.14 | 786,783 |
| Mark Tompkins | Non-Executive Joint Chairman | Buy | 2/6/2018 | 3,000 | 31.92 | 95,760 |
| Mark Tompkins | Non-Executive Joint Chairman | Sell | 10/22/2018 | (800) | 32.18 | (25,744) |
| Mark Tompkins | Non-Executive Joint Chairman | Sell | 12/6/2018 | (550) | 31.08 | (17,094) |
| Mark Tompkins | Non-Executive Joint Chairman | Sell | 12/17/2018 | (2,500) | 29.20 | (73,004) |
| Michael Davis | COO, NMC Healthcare | Buy | 12/19/2018 | 1,770 | 27.89 | 49,365 |
| Prasanth Manghat | CEO | Buy | 12/10/2018 | 12,000 | 32.01 | 384,066 |
| Prasanth Manghat | CEO | Buy | 5/30/2019 | 75,000 | 24.95 | 1,871,520 |
| Prashanth Shenoy | CFO | Buy | 12/10/2018 | 6,000 | 32.03 | 192,180 |
| Saeed & Khalifa Bin Butti | Significant Shareholder; Vice Chairman | Buy | 6/29/2017 | 10,000,000 | 23.20 | 232,000,000 |
| Salma Hareb | Independent Non-Executive Director | Buy | 10/12/2017 | 6,600 | 29.71 | 196,085 |
| Salma Hareb | Independent Non-Executive Director | Buy | 12/24/2018 | 5,500 | 26.99 | 148,449 |
| Simon Watkins | Secretary | Sell | 11/16/2017 | (8,133) | 27.25 | (221,624) |
| Simon Watkins | Secretary | Sell | 3/13/2018 | (12,889) | 33.86 | (436,422) |
| Simon Watkins | Secretary | Sell | 3/16/2018 | (8,800) | 34.26 | (301,488) |
| Simon Watkins | Secretary | Sell | 6/11/2018 | (2,912) | 35.52 | (103,434) |
| Simon Watkins | Secretary | Sell | 6/12/2018 | (3,267) | 35.80 | (116,959) |
| Simon Watkins | Secretary | Sell | 8/20/2018 | (7,395) | 43.27 | (319,958) |
| Simon Watkins | Secretary | Sell | 6/10/2019 | (26,325) | 22.61 | (595,108) |
| **Net Sales** | | | | (1,962,041) | | (45,347,978) |
| BR Shetty | Non-Executive Joint Chairman | Collar | 5/2/2018 | (7,000,000) | 36.15 | (253,036,700) |
| **Net Sales and Collar** | | | | (8,962,041) | | (298,384,678) |
| BR Shetty | Non-Executive Joint Chairman | Pledge | 9/20/2017 | (2,560,000) | 26.98 | (69,056,000) |
| Khalifa Bin Butti | Vice Chairman | Pledge | 9/6/2017 | (10,000,000) | 27.27 | (272,664,000) |
| Khalifa Bin Butti | Vice Chairman | Pledge | 11/29/2017 | (19,059,842) | 29.02 | (553,204,290) |
| Khalifa Bin Butti | Vice Chairman | Release of Pledge | 8/2/2019 | 6,635,294 | 29.02 | 192,586,754 |
| **Net Sales, Collar, & Pledges** | | | | (24,984,548) | | (1,000,722,214) |

NB: Reference price for collar and pledges recorded as volume-weighted average price on pledge date. Release of pledge recorded against original pledge
Source: NMC Filings, Bloomberg

BR Shetty, for his part, has sold and collared an estimated sum in excess of £500 million, while Khalifa Bin Butti has pledged almost three-quarters of his directly owned shares:

---

[64] NMC 2018 annual report, p. 50

**BR Shetty Net Sales and Collar**

| Transaction Type | Date | Number of Shares | Average Share Price | Total Amount (GBP) |
|---|---|---|---|---|
| Sell | 6/8/2017 | (2,043,000) | 23.20 | (47,397,600) |
| Sell | 6/29/2017 | (10,000,000) | 23.20 | (232,000,000) |
| **Total Sales** | | **(12,043,000)** | | **(279,397,600)** |
| Collar | 5/2/2018 | (7,000,000) | 36.15 | (253,036,700) |
| **Total Sales and Collar** | | **(19,043,000)** | | **(532,434,300)** |

**Khalifa Bin Butti Pledged Shares as a Percentage of Shareholding**

| Transaction Type | Date | Number of Shares | Average Share Price | Total Amount (GBP) |
|---|---|---|---|---|
| Pledge | 9/6/2017 | (10,000,000) | 27.27 | (272,664,000) |
| Pledge | 11/29/2017 | (19,059,842) | 29.02 | (553,204,290) |
| Release of Pledge | 8/2/2019 | 6,635,294 | 29.02 | 192,586,754 |
| **Total Pledged** | | **(22,424,548)** | | **(633,281,536)** |

**Khalifa Bin Butti Shareholding**

| | |
|---|---|
| Direct | 30,696,561 |
| Indirect (w/ Saeed Bin Butti) | 15,280,426 |
| **Total** | 45,976,987 |
| **Percent Pledged, Direct Ownership** | 73.1% |
| **Percent Pledged, Total Ownership** | 48.8% |

Insider Compensation is Short-Termist and Misaligns Incentives

NMC's executive compensation targets are based largely on Adjusted EBITDA and Adjusted EBITDA margins. This incentivizes a rapid clip of deal-making, to the detriment of cash-based, per-share metrics, which would, in our view, be a more effective barometer of the business's growth. For example, between 2012 and 2018, Adjusted EBITDA grew at a CAGR of 35.3%, against 27.1% for net income. Meanwhile, net income as a percentage of Adjusted EBITDA declined from 75% to 52% over that period. We suspect that NMC's Saudi Arabian JV and the resulting minority interests will only increase the difference between Adjusted EBITDA and net income—and increase the boost management gets from being compensated on Adjusted EBITDA. Meanwhile, NMC executives have maxed out all of their financial incentive targets, as well as their nonfinancial incentive targets, like JCI accreditation, in recent years.

**CEO Pay and Incentive Plan Payout**

| | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| CEO Remuneration ($mn) | 0.85 | 1.25 | 4.84 | 5.95 | 5.48 |
| Short-Term Incentive Plan Payout (% of Maximum) | 95% | 100% | 100% | 100% | 100% |

Indeed, management, which we believe is inextricable from the insider shareholders, has seen its compensation grow by a factor six in four years:

| NMC Key Management Compensation ($mn) | | | | |
|---|---|---|---|---|
| **2014** | **2015** | **2016** | **2017** | **2018** |
| 3.09 | 6.49 | 10.25 | 15.17 | 18.70 |

<u>$170 Million to KBBO Group Based on Management Valuation Alone</u>

To show how brazen NMC insiders are about their transactions with the company, NMC paid $170 million to KBBO Group for an early 2018 acquisition without any third-party valuation. We are of the opinion that third party rubber stamps are pretty easy to come by, which is why it is telling to us that the board was so unconcerned with appearances that it did not even put such a fig leaf in place here.

In early 2018, NMC acquired 70% of CosmeSurge from KBBO Group for $170 million, paying 12x EBIDA for it.  Of course, KBBO's Chairman is Khalifa Bin Butti.  Even without the doubts about transactions involving KBBO and other de facto related parties, the presence of a major shareholder and board member of NMC in this transaction represents a conflict of interest that raises doubt about the valuation of a transaction price "based on valuation done by management".[65]

**Conclusion**

We are unsure how deep the rot at NMC goes, but we do not believe that its insiders or financials can be trusted.

---

[65] NMC 2018 Annual Report, p.  95