Mark B. Chassman, SBN 119619
Email: mchassman@chassmanseelig.com
Ana Vasquez, SBN 231903
Email: avasquez@chassmanseelig.com
CHASSMAN & SEELIG, LLP
1250 Sixth Street, Suite 403
Santa Monica, CA 90401
Telephone: (310) 929-7192
Fax: (310) 929-7627

Alexander D. Pencu (*pro hac vice*)
Email: adp@msf-law.com
Benjamin D. Bianco (*pro hac vice*)
Email: bdb@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Defendant B.R. Shetty*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | Case No.: 2:20-cv-02303-CBM-MAA<br><br>(Consolidated with Case No. 2:20-cv-02895-CBM-MAA) |

## EXHIBIT 3

## TO REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT B.R. SHETTY

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM F-6
REGISTRATION STATEMENT
Under
THE SECURITIES ACT OF 1933
For American Depositary Shares Evidenced by American Depositary Receipts

———————————————

# NMC Health plc

(Exact name of Issuer of deposited securities as specified in its charter)

United Kingdom
(Jurisdiction of Incorporation or organization of Issuer)

———————————————

DEUTSCHE BANK TRUST COMPANY AMERICAS
(Exact name of depositary as specified in its charter)

60 Wall Street, New York, New York 10005
Tel. No.: (212) 250-9100
(Address, including zip code, and telephone number of depositary's principal offices)

———————————————

DEUTSCHE BANK TRUST COMPANY AMERICAS
60 Wall Street
New York, New York 10005
(212) 250-9100
(Address, including zip code, and telephone number of agent for service)

———————————————

*Copy to:*
DEUTSCHE BANK TRUST COMPANY AMERICAS
60 Wall Street
New York, New York 10005

It is proposed that this filing become effective under Rule 466

☒ immediately upon filing  ☐ on (Date) at (Time)

If a separate registration statement has been filed to register the deposited shares, check the following box. ☐

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered | Proposed Maximum Offering Price Per Unit[1] | Proposed Maximum Aggregate Offering Price[2] | Amount of Registration Fee |
|---|---|---|---|---|
| American Depositary Shares evidenced by American Depositary Receipts, each American Depositary Share representing a designated number of ordinary shares of NMC Health plc | 10,000,000 | $0.05 | $500,000 | $58.10 |

[1] Each unit represents one American Depositary Share.

[2] Estimated solely for the purpose of calculating the registration fee. Pursuant to Rule 457(k), such estimate is computed on the basis of the maximum aggregate fees or charges to be imposed in connection with the issuance of such Receipts evidencing such American

Exhibit 3 to B.R. Shetty's Request for Judicial Notice  1 of 8  Hashem, et al., v. NMC Health PLC, et al., 2:20-cv-02303-CBM-MAA

Depositary Shares.

Exhibit 3 to B.R. Shetty's Request for Judicial Notice         2 of 8       Hashem, et al., v. NMC Health PLC, et al., 2:20-cv-02303-CBM-MAA

PART I

INFORMATION REQUIRED IN PROSPECTUS

## Item 1.  DESCRIPTION OF SECURITIES TO BE REGISTERED

| Item Number and Caption | Location in Form of American Depositary Receipt Filed Herewith as Prospectus |
|---|---|
| **(1)   Name and address of Depositary** | **Introductory paragraph** |
| **(2)   Title of American Depositary Receipts and identity of deposited securities** | **Face of American Depositary Receipt, top center** |

**Terms of Deposit:**

| | |
|---|---|
| **(i)   Amount of deposited securities represented by one unit of American Depositary Shares** | **Face of American Depositary Receipt, upper right corner** |
| **(ii)   Procedure for voting, if any, the deposited securities** | **Articles (12) and (14)** |
| **(iii)   Collection and distribution of dividends** | **Article (13)** |
| **(iv)   Transmission of notices, reports and proxy soliciting material** | **Articles (11) and (12)** |
| **(v)   Sale or exercise of rights** | **Articles (13) and (14)** |
| **(vi)   Deposit or sale of securities resulting from dividends, splits or plans of reorganization** | **Articles (13) and (16)** |
| **(vii)   Amendment, extension or termination of the Deposit Agreement** | **Articles (18) and (19)** |
| **(viii)   Rights of holders of receipts to inspect the transfer books of the Depositary and the list of Holders of receipts** | **Article (3)** |
| **(ix)   Restrictions upon the right to deposit or withdraw the underlying securities** | **Articles (1), (2), (4), (6), (15), (16) and (17)** |
| **(x)   Limitation upon the liability of the Depositary** | **Introductory paragraph and Articles (1), (2), (4), (7), (16) and (17)** |
| **(3)   Fees and Charges** | **Article (20)** |

## Item 2.  AVAILABLE INFORMATION

| Item Number and Caption | Location in Form of American Depositary Receipt Filed Herewith as Prospectus |
|---|---|
| **(a)   Statement that as of the date of the establishment of the program for issuance of Receipts by the Depositary, the Depositary had a good faith belief (after limited investigation), that the issuer of the Deposited Securities publishes information in English required to maintain the exemption from registration under Rule 12g3-2(b) under the Securities** | **Article (9)** |

Exhibit 3 to B.R. Shetty's Request for Judicial Notice          3 of 8          Hashem, et al., v. NMC Health PLC, et al., 2:20-cv-02303-CBM-MAA

Exchange Act of 1934 on its Internet Web site (with the location of such Internet Web site) or through an electronic information delivery system generally available to the public in its primary trading market

I-2

Exhibit 3 to B.R. Shetty's Request for Judicial Notice          4 of 8        Hashem, et al., v. NMC Health PLC, et al., 2:20-cv-02303-CBM-MAA

Prospectus

THIS PAGE AND THE FORM OF AMERICAN DEPOSITARY RECEIPT ATTACHED HERETO AS EXHIBIT (A) CONSTITUTE
THE PROSPECTUS RELATING TO SUCH AMERICAN DEPOSITARY RECEIPTS, IN ACCORDANCE WITH GENERAL
INSTRUCTION III.B OF FORM F-6 OF THE SECURITIES AND EXCHANGE COMMISSION

I-3

Exhibit 3 to B.R. Shetty's Request for Judicial Notice          5 of 8       Hashem, et al., v. NMC Health PLC, et al., 2:20-cv-02303-CBM-MAA

PART II

INFORMATION NOT REQUIRED IN PROSPECTUS

Item 3.  EXHIBITS

(a)       Copy of Agreement - The Agreement between Deutsche Bank Trust Company Americas, as depositary (the "Depositary"), and all holders from time to time of American Depositary Receipts evidencing American Depositary Shares registered hereunder is contained in the form of the American Depositary Receipt itself, constituting the Prospectus filed as a part of this Registration Statement.

(b)       Any other agreement, to which the Depositary is a party, relating to the issuance of the Depositary Shares registered hereby or custody of the deposited securities represented thereby. - None.

(c)       Any material contract relating to the deposited securities between the Depositary and the issuer of the deposited securities in effect at any time within the last three years. - None.

(d)       Opinion of counsel to the Depositary as to the legality of the securities to be registered.

(e)       Certification under Rule 466.

Item 4.  UNDERTAKINGS

(a)       The Depositary hereby undertakes to make available at the principal office of the Depositary in the United States, for inspection by holders of the Receipts, any reports and communications received from the issuer of the deposited securities which are both (1) received by the Depositary as the holder of the deposited securities; and (2) made generally available to the holders of the underlying securities by the issuer.

(b)       If the amount of fees charged is not disclosed in the prospectus, the Depositary undertakes to prepare a separate document stating the amount of any fee charged and describing the service for which it is charged and to deliver promptly a copy of such fee schedule without charge to anyone upon request.  The Depositary undertakes to notify each registered holder of a Receipt thirty days before any change in the fee schedule.

II-1

Exhibit 3 to B.R. Shetty's Request for Judicial Notice          6 of 8          Hashem, et al., v. NMC Health PLC, et al., 2:20-cv-02303-CBM-MAA

Unassociated Document

SIGNATURE

Pursuant to the requirements of the Securities Act of 1933, as amended, Deutsche Bank Trust Company Americas, on behalf of the legal entity created by the agreement for the issuance of American Depositary Shares, certifies that it has reasonable grounds to believe that all of the requirements for filing on Form F-6 are met and has duly caused this Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of New York, State of New York, on April 3, 2015.

Legal entity created by the agreement for the issuance of American Depositary Receipts evidencing American Depositary Shares for shares of the foreign private issuer whose name is set forth on the facing page of this Registration Statement on Form F-6

By:       DEUTSCHE BANK TRUST COMPANY
          AMERICAS, Depositary


By:       /s/ James Kelly
Name:     James Kelly
Title:    Vice President


By:       /s/ Christopher Konopelko
Name:     Christopher Konopelko
Title:    Director


II-2

Exhibit 3 to B.R. Shetty's Request for Judicial Notice          7 of 8          Hashem, et al., v. NMC Health PLC, et al., 2:20-cv-02303-CBM-MAA

**INDEX TO EXHIBITS**

**Exhibit**
**Number**

(a)        **Form of ADR**

(d)        **Opinion of counsel to the Depositary as to the legality of the securities to be registered.**

(e)        **Rule 466 Certification**