Mark B. Chassman, SBN 119619
Email: mchassman@chassmanseelig.com
Ana Vasquez, SBN 231903
Email: avasquez@chassmanseelig.com
CHASSMAN & SEELIG, LLP
1250 Sixth Street, Suite 403
Santa Monica, CA 90401
Telephone: (310) 929-7192
Fax: (310) 929-7627

Alexander D. Pencu (*pro hac vice*)
Email: adp@msf-law.com
Benjamin D. Bianco (*pro hac vice*)
Email: bdb@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Defendant B.R. Shetty*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | Case No.: 2:20-cv-02303-CBM-MAA<br><br>(Consolidated with Case No. 2:20-cv-02895-CBM-MAA)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT B.R. SHETTY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date: September 28, 2021<br>Time: 10:00AM<br>Place: Courtroom |

1

[PROPOSED] ORDER GRANTING DEFENDANT B.R. SHETTY'S MOT. TO DISMISS,
Case No. 2:20cv02303-CBM-MAA

The Motion to Dismiss Plaintiffs' Amended Complaint (the "Motion") of Defendant B.R. Shetty came for a hearing on September 28, 2021, before the Honorable Consuelo B. Marshall, United States District Court Central District of California.  The Court having considered the papers filed by the parties, having heard argument and being fully advised, it is

ORDERED that the Motion is GRANTED and Plaintiffs' claims asserted in the Amended Complaint are DISMISSED with prejudice without leave to amend.

Dated: _____                         _____
                                                         Honorable Consuelo B. Marshall
                                                         United States District Judge

2

[PROPOSED] ORDER GRANTING DEFENDANT B.R. SHETTY'S MOT. TO DISMISS,
Case No. 2:20cv02303-CBM-MAA