UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 20-2303-CBM(MAAx)** | Date | AUGUST 11, 2021 |
|---|---|---|---|
| Title | Chris Hashem v. NMC Health Plc et al | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joshua B. Silverman | Stephen Y. Ma |
| | Mark B. Chassman |
| | Nicholas A. Ickovic, via telephone |

**Proceedings:**  HEARING RE MOTION FOR SETTLEMENT APPROVAL OF CLAIMS AGAINST DEFENDANT H. H. MARK TOMPKINS [50]

The case is called and counsel state their appearance.  The Court and counsel confer.

Following discussions with the parties, the Court advises counsel that the motion is approved and a written order will issue with dates discussed on the record.

IT IS SO ORDERED.

cc: all parties                                                                                     **: 26**

---

CV-90                          **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk YS