Mark B. Chassman, SBN 119619
Email: mchassman@chassmanseelig.com
Ana Vasquez, SBN 231903
Email: avasquez@chassmanseelig.com
CHASSMAN & SEELIG, LLP
1250 Sixth Street, Suite 403
Santa Monica, CA 90401
Telephone: (310) 929-7192
Fax: (310) 929-7627

Alexander D. Pencu (*pro hac vice*)
Email: adp@msf-law.com
Benjamin D. Bianco (*pro hac vice*)
Email: bdb@msf-law.com
Austin D. Kim (*pro hac vice*)
Email: adk@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Defendant B.R. Shetty*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | Case No.: 2:20-cv-02303-CBM-MAA<br><br>(Consolidated with Case No. 2:20-cv-02895-CBM-MAA)<br><br>**SECOND REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT B.R. SHETTY**<br><br>Date: September 28, 2021<br>Time: 10:00AM<br>Place: Courtroom |

Defendant B.R. Shetty requests that the Court take judicial notice of the documents attached hereto as Exhibits 6-8.  As to Exhibit 6, NMC Health Plc's 2018 annual report, Shetty further requests that the Court consider the document incorporated by reference to Plaintiffs' Amended Complaint.

Under Federal Rule of Evidence 201, courts may "take judicial notice of undisputed matters of public record." *Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012).  Federal Rule of Evidence 201 provides that the "court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201.

**Exhibit 6**:  NMC Health Plc Annual Report & Accounts 2018 ("2018 Annual Report") dated March 6, 2019.  Shetty requests that the Court take judicial notice of the 2018 Annual Report and consider the document incorporated by reference to the Amended Complaint.

The doctrine of incorporation by reference allows courts to "treat … a document as 'part of the complaint, and thus may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6).'" *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006).  Incorporation by reference "prevents plaintiffs from selecting only portions of the documents that support their claims, while omitting portions of those same documents that weaken their claims." *Garcia v. J2 Global, Inc.*, 2021 WL 1558331, at *5 (C.D. Cal. Mar. 5, 2021).  A "document may be deemed incorporated by reference if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Id*.  A "document forms the basis of a claim when it serves as the foundation for an element of the claim." *Id*.

Plaintiffs quote extensively from the 2018 Annual Report and necessarily rely on the 2018 Annual Report as the basis for alleged false and misleading statements issued during the Class Period.  *See* Dkt.56 (Amended Complaint), ¶¶55-64.  There is

SECOND REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT B.R. SHETTY
CASE NO. 2:20cv02895-CBM-MAA

1

no question that the document attached as Exhibit 6 is a true and correct copy of NMC's 2018 Annual Report.

The Court may also judicially notice the 2018 Annual Report because the report is publicly available on NMC's website, and because the report is "capable of accurate and ready determin[ation] from sources whose accuracy cannot reasonably be questioned." Fed.R.Evid. 201(b)(2); *See Risto v. Screen Actors Guild – American Federation of Television and Radio Artists*, 2018 WL 7016345, at *4 (C.D. Cal. Nov. 6, 2018) (granting defendants' request to judicially notice three years of publicly available annual reports).

**Exhibit 7**: Second Amended and Consolidated Class Action Complaint for Violation of the Securities Laws of the United States and Japan filed in *Mark Stoyas et al. v. Automotive Industries Pension Trust Fund*, Case No. 2:15-cv-04194-DDP (JCx) (C.D. Cal.) (Dkt. 75) ("*Toshiba II* Complaint"). The *Toshiba II* Complaint is a public court filing in this District and a proper subject of judicial notice. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (A "court may take judicial notice of court filings and other matters of public record.").

**Exhibit 8**: NMC Health Plc Annual Report & Accounts 2014 ("2014 Annual Report") dated February 23, 2015. Specifically, Shetty requests that the Court judicially notice page 24 of the 2014 Annual Report, and in particular the chart of build out expenditures for Brightpoint Royal Women's Hospital (now known as NMC Royal Women's Hospital). Plaintiffs reference the build out expenditures for Brightpoint Royal Women's Hospital in Paragraph 71 of the Amended Complaint.

The Court may judicially notice the 2014 Annual Report because the report is publicly available on NMC's website, and is "capable of accurate and ready determin[ation] from sources whose accuracy cannot reasonably be questioned." Fed.R.Evid. 201(b)(2); *see also Risto v. Screen Actors Guild – American Federation of Television and Radio Artists*, 2018 WL 7016345, at *4 (C.D. Cal. Nov. 6, 2018) (granting defendants' request to judicially notice three years of publicly available

annual reports). There is no question that the document attached as Exhibit 8 is a true and correct copy of the 2014 Annual Report.

For the reasons stated above, this request for judicial notice and incorporation by reference should be granted.

Dated: September 22, 2021            By: */s/ Mark B. Chassman*
                                                   Mark B. Chassman (CA Bar No. 119619)
Email: mchassman@chassmanseelig.com
CHASSMAN & SEELIG LLP
1250 Sixth Street, Suite 403
Santa Monica, CA 90401
Telephone: (310) 929-7192
Fax: (310) 929-7627

Alexander D. Pencu
(*pro hac vice*)
Email: adp@msf-law.com
Benjamin D. Bianco
(*pro hac vice*)
Email: bdb@msf-law.com
Austin D. Kim
(*pro hac vice*)
Email:adk@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Defendant B.R. Shetty*

3
SECOND REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT B.R. SHETTY
CASE NO. 2:20CV02895-CBM-MAA

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 22, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case. I declare that the foregoing is true and correct.

Dated:  September 22, 2021         */s/ Mark B. Chassman*
                                   Mark B. Chassman

4

SECOND REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT B.R. SHETTY
CASE NO. 2:20CV02895-CBM-MAA