UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 20-2303-CBM(MAAx)** | Date | OCTOBER 12, 2021 |
|---|---|---|---|
| Title | Chris Hashem v. NMC Health Plc et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Joshua B. Silverman

Attorneys Present for Defendants:

Mark B. Chassman

Nicholas A. Ickovic, via telephone

Austin D.Kim

William Wright

**Proceedings:**   HEARING RE MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM[51] AND DEFENDANT B. R. SHETTY'S MOTION TO DISMISS [70]

The case is called and counsel state their appearance.  The Court and counsel confer.

Following discussions with the parties, the Court advises counsel that the Motion to dismiss [51] is denied as moot in light of the amended complaint.   The Shetty's Motion to dismiss [70] is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                          **: 39**