Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | No. 2:20-cv-02303-CBM(MAAx)<br><br>CLASS ACTION<br><br>**NOTICE OF UNOPPOSED MOTION FOR REIMBURSEMENT OF EXPENSES**<br><br>Date: November 30, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8B<br>Judge: Hon. Consuelo B. Marshall |

1

MOTION FOR REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that on November 30, 2021, at 10:00 a.m., before the Honorable Consuelo B. Marshall, United States District Judge for the Central District of California, located at First Street Courthouse, Courtroom 8B, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs will and hereby do move this Court for entry of an order granting expense reimbursement of $30,815.89.

Plaintiffs base this unopposed motion upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Reimbursement of Expenses, the Declaration of Laurence M. Rosen and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Defendant Tompkins does not oppose the relief sought in this motion.

Dated: November 2, 2021

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Nicholas D. Manningham (*pro hac vice application pending*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: nmanningham@rosenlegal.com

**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
Jared M. Schneider (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603

2

Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
　　　jschneider@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

MOTION FOR REIMBURSEMENT OF EXPENSES

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 2, 2021, I electronically filed the foregoing Notice of Unopposed Motion for Reimbursement of Expenses with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Laurence M. Rosen*
Laurence M. Rosen

MOTION FOR REIMBURSEMENT OF EXPENSES