# EXHIBIT 2

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | No. 2:20-cv-02303-CBM(MAAx)<br><br>CLASS ACTION<br><br>**DECLARATION OF LAURENCE M. ROSEN CONCERNING EXPENSES**<br><br>Date: November 30, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8B<br>Judge: Hon. Consuelo B. Marshall |

1

I, LAURENCE M. ROSEN, declare as follows:

1.    I am an attorney duly licensed to practice law in California. I am the Managing Partner of The Rosen Law Firm, P.A. ("Rosen"), Co-Lead Counsel for Co-Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Plaintiffs") in this Action. I submit this declaration in support of Co-Lead Counsel's application for reimbursement of litigation expenses incurred in connection with the Action. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.    Rosen has been involved in this Action since its inception in March 2020 and continuing throughout all other stages of this Action.

3.    Rosen spent $7,975.15 on out-of-pocket expenses for which it has not been reimbursed prosecuting this Action, broken down as follows:

| Category | Amount |
|---|---|
| Online Legal Research and Document Retrieval Fees | $402.11 |
| Court Filing, Courtesy Copies, and Court Messenger Fees | $490.00 |
| *Pro Hac Vice* and Certificate of Good Standing Fees | $900 |
| Postage and FedEx Fees | $309.66 |
| Press Release and Newswires | $5,863.38 |
| Photocopying, Scanning, and Printing Document Fees | $10.00 |
| **TOTAL EXPENSES** | $7,975.15 |

4.    All of the above expenses were reasonable and necessary for the prosecution of this Action. Rosen has not been reimbursed for any of the above expenses.

5.    The litigation expenses incurred in the Action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records, and other source materials. To the best of my knowledge, these expenses are an accurate record of the expenses incurred in the prosecution of this Action.

2

DECLARATION OF LAURENCE M. ROSEN CONCERNING EXPENSES

Executed on November 2, 2021.

/s/ *Laurence M. Rosen*
Laurence M. Rosen

3