# EXHIBIT 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | No. 2:20-cv-02303-CBM(MAAx)<br><br>CLASS ACTION<br><br>**DECLARATION OF JOSHUA B. SILVERMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR REIMBURSEMENT OF EXPENSES**<br><br>Date: November 30, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8B<br>Judge: Hon. Consuelo B. Marshall |

1

DECLARATION OF JOSHUA B. SILVERMAN

I, Joshua B. Silverman, an attorney, declare as follows:

1. I am a partner in the law firm Pomerantz LLP, appointed as Co-Lead Counsel in this Action. I have been personally involved in the prosecution of this Action, and have personal knowledge of the facts set forth herein. I would testify to those facts if called to do so.

2. I and other attorneys at Pomerantz LLP contemporaneously record litigation expenses advanced by Pomerantz LLP in this Action. Such expenses are allocated in the firm's accounting system and, to the best of my knowledge, accurately reflect the litigation expenses advanced to date.

3. Pomerantz LLP advanced the following expenses in the prosecution of this Action for the benefit of Class members:

**Expert expenses**

| | | |
|---|---|---|
| Fideres | $1,100.00 | |
| Stanford Consulting | $7,846.00 | |
| | Subtotal | $8,946.00 |
| **Private investigator and process server** | | $4,375.00 |
| **Press releases and newswires (including International wires for alternative service)** | | $3,718.49 |
| **Court filing fees** | | $2,453.00 |
| **Computer research** | | $1,433.07 |
| **Necessary travel, lodging and meals** | | $1,311.85 |
| **Postage/FedEx (incl. international for service)** | | $586.84 |
| **Overtime clerical** | | $16.49 |
| | Total | $22,840.74 |

DECLARATION OF JOSHUA B. SILVERMAN

4. All of the above expenses were reasonable and necessary for the prosecution of this Action. Pomerantz LLP has not been reimbursed for any of the above expenses.

I declare the foregoing to be true under threat of perjury.

_____

Joshua B. Silverman

3

DECLARATION OF JOSHUA B. SILVERMAN