Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Nicholas D. Manningham (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: nmanningham@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY, <br><br> Defendants. | No. 2:20-cv-02303-CBM(MAAx) <br><br> CLASS ACTION <br><br> **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND REIMBURSEMENT OF EXPENSES** <br><br> Date: November 30, 2021 <br> Time: 10:00 a.m. <br> Courtroom: 8B <br> Judge: Hon. Consuelo B. Marshall |

1

Co-Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Plaintiffs") submit this reply memorandum in further support of their unopposed motions for (1) final approval of the Settlement and Plan of Allocation, and final certification of the Settlement Class; and (2) reimbursement of expenses in the amount of $30,815.89.[1]

## I.     The Claims Administrator Provided Notice of the Settlement Potential Settlement Class Members

The Claims Administrator, Strategic Claims Services ("SCS"), mailed 1,450 Postcard Notices to potential Settlement Class Members. *See* Supplemental Declaration of Margery Craig Concerning: (A) Mailing of the Postcard; and (B) Report on Requests for Exclusion and Objections ("Supplemental Craig Decl.") ¶2.[2] In addition, SCS emailed three email addresses that were provided by a nominee and one nominee notified the Claims Administrator that they emailed 256 of their customers to notify them of this Settlement and provide them with a direct link to the Notice Packet on the settlement webpage. *Id.*

Since Plaintiff's motions for final approval and reimbursement of expenses were filed on November 2, 2021, no additional Postcard Notices were mailed. *Id.* However, SCS emailed an additional link of the Notice Packet due to responses from Nominee Account Holders and Institutional Groups. *Id.* In total, 1,710 potential Settlement Class Members were notified either through mailed Postcard Notice, emailed Summary Notice, or emailed link of the Notice Packet. *Id.*

SCS also disseminated the Summary Notice electronically over *Globe Newswire*. Dkt. No. 99-1 ¶9. On August 24, 2021, SCS established a website dedicated to the Settlement which included the online claim filing link, case deadlines, and

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Stipulation of Settlement dated June 15, 2021 ("Settlement" or "Stipulation") (Dkt. No. 50-2).

[2] Plaintiffs attach the Supplemental Craig Decl. hereto as Exhibit A.

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND REIMBURSEMENT OF EXPENSES

important documents such as the Notice Packet, the Preliminary Approval Order, and the Stipulation. Craig Supplemental Decl. ¶4; Dkt. No. 99-1 ¶11. SCS has also maintained a toll-free telephone number for potential Settlement Class Members. Craig Supplemental Decl. ¶3.

The October 30, 2021 claims filing deadline and the November 9, 2021 deadline for objections and exclusions has passed. To date, there have been no requests for exclusion from the Settlement nor any objections to the Settlement. *Id.* ¶¶5-6.

## II. The Reaction of the Settlement Class Supports Final Approval

### A. The Lack of Objections or Requests for Exclusion Support Final Approval of the Settlement

The absence of any objections to the Settlement or Plan of Allocation supports their approval. *Nat'l Rural Telecomm'cns Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (finally approving settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement."); *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) (finally approving settlement, awarding attorneys' fees, finding absence of objections "raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members"). Likewise, the absence of any requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement and supports final approval. *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998) (affirming final approval of settlement, noting "that the overwhelming majority of the class … stayed in the class presents at least some objective positive commentary as to its fairness."), *overruled on other grounds by Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011); *see also In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d 454, 459 (9th Cir. 2000) (affirming district court's final approval of settlement, finding that there was only one opt-out supported the district court's approval of settlement).

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND REIMBURSEMENT OF EXPENSES

At Co-Lead Counsel's direction, the Claims Administrator carried out a thorough notice program in accordance with the Court's Preliminary Approval Order, notifying over a thousand potential Settlement Class Members of the pending Settlement. Not a single investor objected to the Settlement or requested exclusion from it. The lack of objections or requests for exclusion further supports final approval.

**B.     The Lack of Objections or Requests for Exclusion Support Awarding the Requested Expenses to Co-Lead Counsel**

A lack of objections to Co-Lead Counsel's expense request also supports the appropriateness of the award. *See, e.g., In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) (approving lead counsel's expense request where no class member objected to settlement). The Notice informed Settlement Class Members that Co-Lead Counsel may apply for reimbursement of no more than $35,000. Co-Lead Counsel requested reimbursement of $30,815.89 is less than what was disclosed, and not a single Settlement Class Member has objected to Lead Counsel's requests for reimbursement of expenses. Accordingly, the Settlement Class's reaction strongly supports the fairness and reasonableness of this request.

**III.     CONCLUSION**

For the foregoing reasons, and those set forth in Plaintiffs' opening memoranda, the Court should grant Plaintiffs' motions for (1) final approval of the Settlement and Plan of Allocation, and final certification of the Settlement Class; and (2) reimbursement of expenses in the amount of $30,815.89.

Dated: November 23, 2021

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610

4

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND REIMBURSEMENT OF EXPENSES

Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Nicholas D. Manningham (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: nmanningham@rosenlegal.com

**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND REIMBURSEMENT OF EXPENSES

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed the foregoing Reply Memorandum of Points and Authorities in Support of Unopposed Motions for Final Approval of Settlement and Reimbursement of Expenses with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Laurence M. Rosen*
Laurence M. Rosen

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND REIMBURSEMENT OF EXPENSES