# Exhibit A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHRIS HASHEM, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,

Defendants.

Case No.: 2:20-cv-02303-CBM-MAA

(Consolidated with Case No. 2:20-cv-02895-CBM-MAA)

[Honorable Consuelo B. Marshall]

## SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

I, Margery Craig, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over fourteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four-hundred fifty (450) class action cases since its inception.  Pursuant to the Court's Order Re: Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement, dated August 21, 2021 (the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator in connection with the Settlement of the above-captioned action.[1]  I submit this supplemental declaration in order to provide the Court and

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 14, 2021 (the "Stipulation").

the Parties updated information regarding the mailing of the Postcard Notices to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## **UPDATE ON MAILING OF POSTCARD NOTICE**

2. As noted in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated November 2, 2021 (the "Craig Declaration"), SCS mailed or emailed 1,299 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. SCS then mailed 1,450 Postcard Notices to potential Settlement Class Members or nominees. Additionally, as noted in the Craig Declaration, SCS emailed the Summary Notice to three email addresses provided by a nominee and a direct link from the settlement webpage for the Notice Packet was sent by email from one of the nominees to 256 of their clients. Since the Craig Declaration was filed, no additional Postcard Notices were mailed; however, an additional link of the Notice Packet was emailed due to responses from Nominee Account Holders and Institutional Groups. In total 1,710 potential Settlement Class Members were

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 2:20-cv-02303-CBM-MAA

notified either by mailed Postcard Notice, emailed Summary Notice, or emailed a link of the Notice Packet.

## UPDATE ON TOLL-FREE PHONE LINE

3.    The Craig Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request a Notice Packet.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Member inquiries.

## UPDATE ON SETTLEMENT WEBPAGE

4.    The Craig Declaration also noted that on August 24, 2021, SCS established a webpage on its website at www.strategicclaims.net/NMCHealth/. The webpage is accessible 24 hours a day, 7 days a week and contains a current status; case deadlines; the online claim filing link; and important documents. SCS continues to maintain the webpage.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

5.    The Postcard Notice, Notice, Summary Notice, and settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than November 9, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received no exclusion requests.

3

6.      According to the Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or to Co-Lead Counsel's motion for expenses must have been submitted to Co-Lead Counsel and Counsel for Settlement Defendant, as well as filed with the Clerk of the Court, no later than November 9, 2021. As of the date of this Declaration, SCS has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of November 2021, in Media, Pennsylvania.

_____
Margery Craig

4

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. 2:20-cv-02303-CBM-MAA