UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 20-2303-CBM(MAAx)** | Date | NOVEMBER 30, 2021 |
|---|---|---|---|
| Title | Chris Hashem v. NMC Health Plc et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Nicholas Manningham

Attorneys Present for Defendants:

Daniel Z. Zaheer

William Z. Wright

**Proceedings:**    HEARING RE STATUS CONFERENCE RE FINAL SETTLEMENT HEARING; UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT [95]; UNOPPOSED MOTION FOR REIMBURSEMENT OF EXPENSES [97]; UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [100]

The case is called and counsel state their appearance.  The Court and counsel confer regarding the status of the case.  Status conference held.  Following discussions with the parties, the Court advises counsel that the motions are granted and a written order will issue.

Counsel shall meet and confer re authority as to their position for the Court's entry of partial judgment knowing that there are other defendants remaining in the case and file something by no later than December 3, 2021.

The Court sets the Final approval hearing for **April 5, 2022 at 8:00 a.m.**

IT IS SO ORDERED.

cc: all parties

**: 34**

CV-90                          **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS