Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Nicholas D. Manningham (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: nmanningham@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY, <br><br> Defendants. | No. 2:20-cv-02303-CBM(MAAx) <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF AUTHORITY TO ENTER ORDER AND PARTIAL FINAL JUDGMENT DISMISSING DEFENDANT TOMPKINS WITH PREJUDICE** |

1

**PLEASE TAKE NOTICE** that, pursuant to the Court's request at the Final Approval Hearing on November 30, 2021 and the Court's Minute Order (Docket No. 110), Co-Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Plaintiffs") submit this notice to provide support for their position that it is appropriate for the Court to enter the Proposed Order and Partial Final Judgment previously filed by Plaintiffs on November 2, 2021 (Docket No. 95-1) ("Partial Final Judgment") knowing that there are other defendants remaining in the case. As set forth below, the Court has the authority to enter the Partial Final Judgment, which is a material term of the settlement between Plaintiffs and Defendant H.J. Mark Tompkins ("Tompkins").

Under Federal Rule of Civil Procedure 54(b), courts have the authority to enter partial final judgments. Rule 54(b) provides:

> When an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

Pursuant to this Rule, courts in this District and throughout the country have entered partial final judgments in class action cases where the plaintiffs settled with a group of defendants while claims remained against other defendants. *See Estakhrian v. Obenstine*, 320 F.R.D. 63, 69-70 (C.D. Cal. 2017) ("The court also approved a class settlement between plaintiffs and the King & Spalding defendants and entered judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. (See Dkt. 490, Court's Order of October 24, 2016, at 21–22). As such, Obenstine is the sole

NOTICE OF AUTHORITY TO ENTER PARTIAL FINAL JUDGMENT
Case No. 2:20-cv-02303-CBM(MAAx)

remaining defendant in this action."); *see also Thomas, et al., v. MagnaChip Semiconductor Corp., et al.,* Case No. 3:14-cv-01160-JST (N.D.Cal. Dec. 1, 2016) Dkt. No. 274 at ¶19 (entering partial judgment against all but one defendant while the case proceeded against the remaining defendant as "[t]here is no just reason for delay in the entry of this partial Final Judgment and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure."); *In re Akazoo S.A. Securities Litigation*, Case No. 1:20-cv-01900-BMC (E.D.N.Y. September 9, 2021), Dkt. No. 51, Final Order and Partial Judgment, at ¶19 (same); *Puddu, et al., v. 6D Global Technologies, Inc., et al.,* Case No. 1-15-cv-8061-AJN (S.D.N.Y. May 12, 2021), Dkt. No. 254, Order and Partial Final Judgment at ¶19 (same). Moreover, the Private Securities Litigation Reform Act of 1995 ("PSLRA") contemplates and permits partial judgments. *See* 15 U.S.C §78u-4(f)(7).

Further, entry of the Partial Final Judgment is a material condition of the parties' Stipulation and Agreement of Settlement (Docket No. 50-2) ("Settlement Stipulation"), which is necessary to the effectiveness and consummation of the settlement pursuant to the terms of the Settlement Stipulation. *See, e.g.*, Settlement Stipulation, ¶ 10.3. In this regard, the Partial Final Judgment includes several important provisions, including a dismissal with prejudice as to Tompkins, a bar order (which is required pursuant to 15 U.S.C §78u-4(f)(7)), releases, and other provisions which are standard and customary in securities class action dismissal judgments.

Therefore, Plaintiffs submit that the Court may, and should, enter the Partial Final Judgment (Docket No. 95-1), as there is no just reason for delay in its entry, and its entry is needed to complete the settlement which the Court approved at the hearing on November 30, 2021.

If the Court has any further questions or concerns regarding this matter, or regarding the Partial Final Judgment, Plaintiffs respectfully request an opportunity to be heard at a further hearing, or to further brief the matter, if the Court so desires.

NOTICE OF AUTHORITY TO ENTER PARTIAL FINAL JUDGMENT
Case No. 2:20-cv-02303-CBM(MAAx)

Plaintiffs' counsel has conferred with Tompkins' counsel, who concurs with Plaintiffs' positions set forth above.

Dated: December 3, 2021

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Nicholas D. Manningham (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: nmanningham@rosenlegal.com

**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing Notice of Authority to Enter Partial Final Judgment with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Laurence M. Rosen*
Laurence M. Rosen

NOTICE OF AUTHORITY TO ENTER PARTIAL FINAL JUDGMENT
Case No. 2:20-cv-02303-CBM(MAAx)