**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com
[Additional Counsel on Signature Page]

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>       Defendants. | Case No. 2:20-cv-02303-CBM-MAA<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE SETTLEMENT CLASS**<br><br>Date: April 5, 2022<br>Time: 10:00 AM<br>Hon. Consuelo B. Marshall<br>Courtroom: 8B<br><br><u>CLASS ACTION</u> |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on April 5, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8B of the Honorable Consuelo B. Marshall, United States District Judge for the Central District of California, located at 350 West First Street, Los Angeles, California, Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul ("Plaintiffs") will, and hereby do, move this Court for an Order preliminarily approving the proposed partial settlement as to Defendant Shetty only, approving the form and manner of notice of the proposed settlement to the Settlement Class, and scheduling a final approval hearing for a date at the Court's convenience. Defendant Shetty does not oppose the relief requested by this motion. This Motion is based on this Notice of Motion, the accompanying Memorandum of Law and exhibits thereto, the pleadings and other filings in this matter, and other evidence and argument that may be presented prior to the Court's decision on this Motion. Pursuant to L.R. 7-3, counsel for Plaintiffs and Shetty conferred extensively on the filing of this motion and the underlying Settlement Stipulation from November 2021 through February 2022.

Dated: February 18, 2022          Respectfully submitted,

**POMERANTZ LLP**

By:    /s/ *Joshua B. Silverman*
       Joshua B. Silverman (*pro hac vice*)
       10 South LaSalle Street, Suite 3505
       Chicago, Illinois 60603
       Telephone: (312) 377-1181
       Facsimile: (312) 377-1184
       jbsilverman@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

       Laurence M. Rosen (SBN 219683)
       355 South Grand Avenue, Suite 2450

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Nicholas Manningham
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: nmanningham@rosenlegal.com

*Counsel for Lead Plaintiffs*

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

2

I, the undersigned say:

3      I am not a party to the above case, and am over eighteen years old. On

4 February 18, 2022, I served true and correct copies of the foregoing document, by

5 posting the document electronically to the ECF website of the United States District

6 Court for the Central District of California, for receipt electronically by the parties

7 listed on the Court's Service List. I affirm under penalty of perjury under the laws

8 of the United States of America that the foregoing is true and correct. Executed on

9 this February 18, 2022 at Chicago, Illinois.

10

11                             */s/ Joshua B. Silverman*
                              Joshua B. Silverman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27