Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY, <br><br> Defendants. | No. 2:20-cv-02303-CBM(MAAx) <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS** <br><br> Date: April 5, 2022 <br> Time: 8:00 a.m. <br> Courtroom: 8B <br> Judge: Hon. Consuelo B. Marshall |

1

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF
ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS

**PLEASE TAKE NOTICE** that on April 5, 2022, at 8:00 a.m., before the Honorable Consuelo B. Marshall, United States District Judge for the Central District of California, located at First Street Courthouse, Courtroom 8B, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs will and hereby do move this Court for entry of an order granting: (i) final certification of the proposed Settlement Class for settlement purposes only; (ii) final approval of the proposed Settlement with Defendant Manghat and the plan to allocate the settlement proceeds; and (iii) final approval of the form, manner, and content of the notice of the Settlement that was delivered to the Settlement Class.

Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Final Approval, the Declaration of Laurence M. Rosen and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Dated: March 8, 2022

THE ROSEN LAW FIRM, P.A.

*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Nicholas D. Manningham (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: nmanningham@rosenlegal.com

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS

**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, I electronically filed the foregoing Notice of Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Laurence M. Rosen*
Laurence M. Rosen

4

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS