# EXHIBIT 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated, Plaintiff, v. NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY, Defendants. | No. 2:20-cv-02303-CBM(MAAx) CLASS ACTION **DECLARATION OF JOSHUA B. SILVERMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** Date: April 5, 2022 Time: 8:00 a.m. Courtroom: 8B Judge: Hon. Consuelo B. Marshall |

1

DECLARATION OF JOSHUA B. SILVERMAN

I, Joshua B. Silverman, an attorney, declare as follows:

1. I am a partner in the law firm Pomerantz LLP, appointed as Co-Lead Counsel in this Action. I have been personally involved in the prosecution of this Action, and have personal knowledge of the facts set forth herein. I would testify to those facts if called to do so.

2. I and other attorneys at Pomerantz LLP contemporaneously record time records and litigation expenses advanced by Pomerantz LLP in this Action. Such time records and expenses are maintained separately for each matter, including the above-captioned litigation, and, to the best of my knowledge, accurately reflect the lodestar and litigation expenses advanced to date.

3. Pomerantz LLP, as Co-Lead Counsel, has spearheaded all aspects of this litigation together with The Rosen Law Firm, including: thoroughly investigating the legal and factual bases for claims against defendants, obtaining service over foreign defendants, drafting the initial complaint and two amended complaints, opposing motion to dismiss, conferring with defendants regarding discovery and other case management issues, evaluating damages, monitoring the parent company's bankruptcy and global litigation impacting assets and recoverability of individual defendants, negotiating settlements, arranging administration of settlements, and seeking preliminary approval of settlements.

4. Pomerantz LLP's lodestar as of March 2, 2022 was $227,327.40, detailed as follows:

| Name | Status | Current Rate | Hours | Current Total |
|---|---|---|---|---|
| Silverman, Joshua B. | Partner | $920 | 110.70 | $101,844.00 |
| Hood, Alex | Of Counsel | $645 | 3.10 | $1,999.50 |
| LoPiano, James | Associate | $415 | 2.06 | $854.90 |
| Schneider, Jared | Associate | $510 | 203.30 | $103,683.00 |

2

DECLARATION OF JOSHUA B. SILVERMAN

| Tourek, Christopher | Associate | $615 | 25.40 | $15,621.00 |
| Lo, Jack | Paralegal | $350 | 9.50 | $3,325.00 |
| | | | **Total** | **$227,327.40** |

5. The above lodestar chart sets forth the amount of time Pomerantz LLP attorneys and professional staff billed from inception of the Action through and including March 2, 2022. The lodestar calculation for those individuals is based on current billing rates. Time expended on the application for fees and reimbursement of expenses has not been included in this request.

6. Pomerantz LLP advanced the following incremental litigation expenses in the prosecution of this Action for the benefit of Class members, in addition to litigation expenses reimbursed from the Tompkins settlement, which are not included herein:

**Computer research**                                    $135.43

**Necessary travel, lodging and meals**        $662.08

                                                        _____

                              Total            $797.51

3

DECLARATION OF JOSHUA B. SILVERMAN

7. All of the above expenses were reasonable and necessary for the prosecution of this Action. Pomerantz LLP has not been reimbursed for any of the above expenses.

I declare the foregoing to be true under threat of perjury.

_____
Joshua B. Silverman

4

DECLARATION OF JOSHUA B. SILVERMAN