Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | No. 2:20-cv-02303-CBM(MAAx)<br><br>CLASS ACTION<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF**<br><br>Date: April 5, 2022<br>Time: 8:00 a.m.<br>Courtroom: 8B<br>Judge: Hon. Consuelo B. Marshall |

1

REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF

Co-Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Plaintiffs") submit this reply memorandum in further support of their unopposed motions for (1) final approval of the Settlement with Defendant Prasanth Manghat ("Manghat") and Plan of Allocation, and final certification of the Settlement Class; and (2) an award of attorneys' fees of one-third of the Settlement Amount, reimbursement of expenses in the amount of $2,961.41, and an award of $3,000 to each plaintiff.[1]

## I. The Claims Administrator Provided Notice of the Settlement to Potential Settlement Class Members

The Claims Administrator, Strategic Claims Services ("SCS"), mailed 1,721 Postcard Notices to potential Settlement Class Members. *See* Supplemental Declaration of Margery Craig Concerning: (A) Mailing of the Postcard; and (B) Report on Requests for Exclusion and Objections ("Supplemental Craig Decl.") ¶2.[2] In addition, SCS emailed three email addresses that were provided by a nominee and one nominee notified the Claims Administrator that they emailed 251 of their customers to notify them of this Settlement and provide them with a direct link to the Notice Packet on the settlement webpage. *Id.*

Since Plaintiff's motions for final approval and reimbursement of expenses were filed on March 8, 2022, no additional Postcard Notices were mailed, and no additional links of the Notice Packet were emailed due to responses from Nominee Account Holders and Institutional Groups. *Id.* In total, 1,972 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link of the Notice Packet. *Id.*

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Stipulation of Settlement dated November 2, 2021 ("Settlement" or "Stipulation") (Dkt. No. 100-2).

[2] Plaintiffs attach the Supplemental Craig Decl. hereto as Exhibit A.

2

SCS also disseminated the Summary Notice electronically over *Globe Newswire*. Dkt. No. 122-1 ¶8. On December 17, 2021, SCS established a website dedicated to the Manghat Settlement which included the online claim filing link, case deadlines, and important documents such as the Notice Packet, the Preliminary Approval Order, and the Stipulation. Craig Supplemental Decl. ¶4; Dkt. No. 122-1 ¶10. SCS has also maintained a toll-free telephone number for potential Settlement Class Members. Craig Supplemental Decl. ¶3.

The March 5, 2022 claims filing deadline and the March 15, 2022 deadline for objections and requests for exclusions have passed. To date, there have been no requests for exclusion from the Settlement nor any objections to the Settlement. *Id.* ¶¶5-6.

**II.    The Reaction of the Settlement Class Supports Final Approval**

   **A.    The Lack of Objections or Requests for Exclusion Support Final Approval of the Settlement**

The absence of any objections to the Settlement or Plan of Allocation supports their approval. *Nat'l Rural Telecomm'cns Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (finally approving settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement."); *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) (finally approving settlement, awarding attorneys' fees, finding absence of objections "raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members"). Likewise, the absence of any requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement and supports final approval. *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998) (affirming final approval of settlement, noting "that the overwhelming majority of the class … stayed in the class presents at least some objective positive commentary as to

REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF

its fairness."), *overruled on other grounds by Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011); *see also In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d 454, 459 (9th Cir. 2000) (affirming district court's final approval of settlement, finding that there was only one opt-out supported the district court's approval of settlement).

At Co-Lead Counsel's direction, the Claims Administrator carried out a thorough notice program in accordance with the Court's Preliminary Approval Order, notifying potential Settlement Class Members of the pending Manghat Settlement. Not a single investor objected to the Settlement or requested exclusion from it. The lack of objections or requests for exclusion further supports final approval.

**B.     The Reaction of the Settlement Class Also Supports Approval of the Requests for Attorneys' Fees, Reimbursement of Expenses, and Award to Plaintiffs**

A lack of objections to fee and expense requests also supports the appropriateness of the award. *See, e.g., In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("The lack of objection from any Class Member supports the attorneys' fees award"). Here, the Notice informed Settlement Class Members that Co-Lead Counsel would seek attorneys' fees of up to one-third of the Settlement Amount, plus interest, and litigation expenses in an amount not to exceed $10,000, and that they would seek an award to Plaintiffs of up to $3,000 each. *See* Dkt. No. 122-1, Ex. C at 1.  Co-Lead Counsel's request for one-third of the Settlement Amount and an award to Plaintiffs of $3,000 each is in line with what was disclosed to the Settlement Class, and Co-Lead Counsel's requested reimbursement of $2,961.41 is significantly less than what was disclosed.  Not a single Settlement Class Member has objected to Co-Lead Counsel's requests for attorneys' fees, reimbursement of expenses, and award to Plaintiffs. Accordingly, the Settlement Class's reaction strongly supports the fairness and reasonableness of this request.

REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF

## III.   CONCLUSION

For the foregoing reasons, and those set forth in Plaintiffs' opening memoranda, the Court should grant Plaintiffs' motions for final approval of the Settlement and Plan of Allocation and for an award of attorneys' fees, reimbursement of expenses, and award to Plaintiffs.

Dated: March 29, 2022

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Nicholas D. Manningham (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: nmanningham@rosenlegal.com

**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
Christopher P. T. Tourek (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, I electronically filed the foregoing Reply Memorandum of Points and Authorities in Support of Unopposed Motions for Final Approval of Settlement, Award of Attorneys' Fees, and Related Relief with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Laurence M. Rosen*
Laurence M. Rosen

REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF