# Exhibit A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br>      Defendants. | Case No.: 2:20-cv-02303-CBM-MAA<br><br>(Consolidated with Case No. 2:20-cv-02895-CBM-MAA)<br><br>[Honorable Consuelo B. Marshall] |

## SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

I, Margery Craig, declare as follows:

1. I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fourteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four-hundred fifty (450) class action cases since its inception. Pursuant to the Court's Order Re: Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement, dated December 8, 2021 (the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator in connection with the Settlement of the above-

captioned action.[1]  I submit this supplemental declaration in order to provide the Court and the Parties updated information regarding the mailing of the Postcard Notices to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF POSTCARD NOTICE

2.    As noted in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated March 7, 2022, the "Craig Declaration"), SCS mailed or emailed 2,179 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 1,721[2] Postcard Notices to potential Settlement Class Members or nominees.  Additionally, as noted in the Craig Declaration, SCS emailed the Notice Packet to three email addresses provided by a nominee and was notified by one of the nominees that they emailed 251 of their customers to notify them of this settlement and provided a direct link to the Notice Packet on the settlement

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated November 2, 2021 (the "Stipulation").

[2] SCS received 2 requests for the Notice Packet to be mailed to potential Settlement Class Members from the Postcard Notice and/or email of the Notice Packet. SCS immediately mailed out the Notice Packet for these requests. Since the Craig Declaration, no additional requests were received for the Notice Packet to be mailed.

2

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-02895-CBM-MAA

webpage. Since the Craig Declaration was filed, no additional Postcard Notices were mailed, no additional Notice Packets were emailed, and no additional direct links to the Notice Packet were emailed due to responses from Nominee Account Holders and Institutional Groups.   In total 1,972 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link of the Notice Packet.

**UPDATE ON TOLL-FREE PHONE LINE**

3.    The Craig Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request a Notice Packet.   SCS continues to promptly respond to each telephone inquiry and address Settlement Class Member inquiries.

**UPDATE ON SETTLEMENT WEBPAGE**

4.    The Craig Declaration also noted that on December 17, 2021, SCS established a webpage dedicated to the Settlement on its website at www.strategicclaims.net/NMCHealth/.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains two sections. The first section is the current status; the case deadlines; the online claim filing link; and important documents such as the Notice Packet, the Preliminary Approval Order, and the Stipulation for

3

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-02895-CBM-MAA

this Settlement, and the second section is for the Tompkins Settlement. SCS continues to maintain the webpage.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

5.      The Postcard Notice, Notice, Summary Notice, and settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than March 15, 2022.  SCS has been monitoring all mail delivered for this case. Since the Craig Declaration, no exclusion requests were received.

6.      According to the Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or to Co-Lead Counsel's motion for expenses, or application for Awards to Lead Plaintiffs, must have been submitted to Co-Lead Counsel and Counsel for Settling Defendants, as well as filed with the Clerk of the Court, no later than March 15, 2022. As of the date of this Declaration, no objections have been filed or received.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29th day of March, in Media, Pennsylvania.


_____
Margery Craig

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-02895-CBM-MAA