UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 20-2303-CBM(MAAx)** | Date | APRIL 5, 2022 |
|---|---|---|---|
| Title | Chris Hashem v. NMC Health Plc et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicholas Manningham | Daniel A. Zaheer |
| Christopher Tourek | Ana Vasquez |

**Proceedings:**    HEARING RE MOTION FOR SETTLEMENT APPROVAL OF CLAIMS AGAINST DEFENDANT B. R. SHETTY [PRELIMINARY] **[117]** ; MOTION FOR SETTLEMENT APPROVAL OF FINAL APPROVAL OF SETTLEMENT **[118]** AND MOTION FOR ATTORNEY FEES AND EXPENSES AND AWARD **[120]**

The case is called and counsel state their appearance.  The Court and counsel confer.

Following discussions with the parties, the Court advises counsel that the motions are approved.  The Court further finds the settlement to be reasonable and adequate and will set a Final Approval hearing for **August 16, 2022 at 8:00 a.m.**   A written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                                    **: 25**

CV-90                        CIVIL MINUTES - GENERAL    Initials of Deputy Clerk YS