**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com
[Additional Counsel on Signature Page]

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:20-cv-02303-CBM-MAA |
| Plaintiff, | CLASS ACTION |
| v. | **NOTICE OF LODGING OF THE PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT WITH DEFENDANT SHETTY** |
| NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Co-Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Plaintiffs") hereby lodge the attached Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement With Defendant Shetty, filed in conjunction with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Defendant Shetty (ECF No. 117), which was e-mailed to the Court in Microsoft Word format on April 8, 2022.

Dated: April 8, 2022                    Respectfully submitted,

**POMERANTZ LLP**

By:     */s/ Joshua B. Silverman*
          Joshua B. Silverman (*pro hac vice*)
          Christopher P.T. Tourek (*pro hac vice*)
          10 South LaSalle Street, Suite 3505
          Chicago, Illinois 60603
          Telephone: (312) 377-1181
          Facsimile: (312) 377-1184
          jbsilverman@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

          Laurence M. Rosen (SBN 219683)
          355 South Grand Avenue, Suite 2450
          Los Angeles, California 90071
          Telephone: (213) 785-2610
          Facsimile: (213) 226-4684
          Email: lrosen@rosenlegal.com

          Nicholas Manningham
          275 Madison Avenue, 40th Floor
          New York, New York 10016
          Telephone: (212) 686-1060
          Facsimile: (212) 202-3827
          Email: nmanningham@rosenlegal.com

          *Counsel for Lead Plaintiffs*

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I hereby certify that on April 8, 2022, I electronically filed the foregoing Notice of Lodging of The Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement with Defendant Shetty with the Clerk of the Court using the CM/ECF system, which will send notification to all CM/ECF participants.

*/s/ Joshua B. Silverman*
Joshua B. Silverman