Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | No. 2:20-cv-02303-CBM(MAAx)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS**<br><br>Date: August 16, 2022<br>Time: 8:00 a.m.<br>Courtroom: 8B<br>Judge: Hon. Consuelo B. Marshall |

1

**PLEASE TAKE NOTICE** that on August 16, 2022, at 8:00 a.m., before the Honorable Consuelo B. Marshall, United States District Judge for the Central District of California, located at First Street Courthouse, Courtroom 8B, 350 W. 1st Street, Los Angeles, California 90012, Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul ("Plaintiffs") will and hereby do move this Court for entry of an order awarding: (i) attorneys' fees of one-third of the B.R. Shetty Settlement, or $100,000; (ii) expense reimbursement of $3,382.83; and (iii) an award to each Lead Plaintiff of $3,000, or $9,000 in total.

Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of Motion for Award of Attorneys' Fees and Expenses and Award to Plaintiffs, the Declaration of Laurence M. Rosen and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Dated: July 19, 2022

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**POMERANTZ LLP**
Joshua B. Silverman (*pro hac vice*)
Christopher P. T. Tourek (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
Email: ctourek@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.


/s/ *Laurence M. Rosen*
Laurence M. Rosen

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS; 2:20-cv-02303-CBM(MAAx)