# EXHIBIT 2

NMC Health PLC

Bank wins freezing order against NMC Health owners and executives

Abu Dhabi Commercial Bank has exposure of more than $1bn to collapsed healthcare group

**Simeon Kerr** in Dubai and **Cynthia O'Murchu** in London FEBRUARY 14 2021

---

### Receive free NMC Health PLC updates

We'll send you a *myFT Daily Digest* email rounding up the latest NMC Health PLC news every morning.

| Enter your email address | Sign up |

---

A leading Abu Dhabi bank has won a worldwide freezing order against the principal owners and executives of NMC Health, the UK-listed healthcare group that collapsed into administration last year amid fraud claims.

Abu Dhabi Commercial Bank, a major creditor with exposure of more than $1bn to the group, has secured the order from a court in London against six defendants: former owners BR Shetty, NMC's founder; Emirati investors Khalifa al-Muhairi and Saeed al-Qebaisi; as well as the former chief executive, Prasanth Manghat; and two senior financial officers.

At a high court hearing in December held in private, the judge granted the order against the six former owners and senior executives to prevent the risk of dissipation of assets, in light of the bank's compensation claim for losses caused by "fraudulent misrepresentations and conspiracy".

The court's judgment cited a witness statement from NMC's chief executive, Michael Davis, who was appointed following Manghat's departure about a year ago, which said a forensic team had found documentary evidence that the alleged fraud was carried out by the defendants.

Abu Dhabi-based NMC, which has disclosed more than $4bn in unreported debt, was placed into administration in the UK in April last year, with the administrators also pursuing a process in Abu Dhabi.

NMC, one of the region's largest private healthcare companies and a former London stock market darling, has had a rapid fall from grace. Its demise has left banks facing massive writedowns.

According to ADCB, Shetty was "the chief protagonist" in this dispute. The judge agreed with the bank's characterisation, while also recognising that he denies any wrongdoing. The bank also said that he could not have carried out the alleged fraud — which is thought to have started as early as 2013 — without the knowledge and assistance of the other defendants, according to the court ruling.

The judgment also revealed new details about the alleged embezzlement, including the maintenance of two sets of inconsistent financial accounts — "a dishonest scheme" allegedly operated for the defendants' mutual benefit.

According to Davis's statement in the case, Manghat's mood had become increasingly strained in the months before the publication of the report by short seller Muddy Waters alleging financial irregularities that triggered a crisis of confidence and collapse in NMC's share price at the start of last year.

The ensuing internal investigation faced delays in accessing required documents, Davis added.

In February, certain NMC employees uploaded a series of documents purporting to be NMC bank account balances for review by the investigation.

The employees accidentally uploaded two versions of the same bank statement, a true copy and a copy they had fabricated, as well as other bank statements with typos in cash statement information that should have been automatically updated, according to Davis's evidence.

In late February, the board removed Manghat, replacing him with Davis. Manghat and other senior employees left for India.

The judge acknowledged that Shetty, who is also in India, has said he is the victim of certain former NMC executives and that he is trying to return to the UAE to assist the investigations.

Representatives for ADCB, Shetty and Manghat declined to comment. A representative of Muhairi and Qebaisi did not respond to a request for comment.

Copyright The Financial Times Limited 2022. All rights reserved.