# EXHIBIT 3

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY, <br><br> Defendants. | No. 2:20-cv-02303-CBM(MAAx) <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF LAURENCE M. ROSEN CONCERNING ATTORNEYS' FEES AND EXPENSES** <br><br> Date: August 16, 2022 <br> Time: 8:00 a.m. <br> Courtroom: 8B <br> Judge: Hon. Consuelo B. Marshall |

1

DECLARATION OF LAURENCE M. ROSEN CONCERNING ATTORNEYS' FEES AND EXPENSES

I, LAURENCE M. ROSEN, declare as follows:

1.     I am an attorney duly licensed to practice law in California. I am the Managing Partner of The Rosen Law Firm, P.A. ("Rosen"), Co-Lead Counsel for Co-Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Plaintiffs") in this Action. I submit this declaration in support of Co-Lead Counsel's application for attorneys' fees and reimbursement of litigation expenses incurred in connection with the Shetty Settlement. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.     Rosen has been involved in this Action since its inception in March 2020 and continuing throughout all other stages of this Action.

3.     Rosen, as Co-Lead Counsel, has spearheaded all aspects of this litigation together with Pomerantz LLP, including: thoroughly investigating the legal and factual bases for claims against the defendants; obtaining service over foreign defendants; drafting the initial complaint and two amended complaints; opposing a motion to dismiss; conferring with defendants regarding case management issues, evaluating damages; monitoring the parent company's bankruptcy and global litigation impacting assets and recoverability of individual defendants; negotiating settlements; arranging administration of settlements; and seeking approval of settlements.

4.     As of July 18, 2022, Rosen has spent 326.13 hours prosecuting this Action for a total lodestar of $205,660.00. The chart below is a summary of time expended by the attorneys and professional staff of Rosen on this Action, including the time since March 3, 2022. The lodestar calculation is based on current billing rates. The chart below was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm.

DECLARATION OF LAURENCE M. ROSEN CONCERNING ATTORNEYS' FEES AND EXPENSES

| Professional (position) | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|
| Phillip Kim (P) | $925 | 9.5 | $8,787.50 |
| Erica Stone (A) | $675 | 24.52 | $16,551.00 |
| Nicholas Manningham (A) | $650 | 194.11 | $126,171.50 |
| Stephen Shepardson (A) | $600 | 38 | $22,800 |
| Scott Kim (A) | $575 | 18 | $10,350 |
| Ryan Hedrick (A) | $500 | 42 | $21,000 |
| **Total** | | 326.13 | $205,660.00 |

*Partner (P), Associate (A).

5.    Rosen spent $1,327.92 on out-of-pocket litigation expenses in the prosecution of this Action for which it has not been reimbursed. The expenses in the chart below were reasonable and necessary for the prosecution of this Action. Rosen has not been reimbursed for any of the following expenses:

| Category | Amount |
|---|---|
| Online Legal Research and Document Retrieval Fees | $60.43 |
| Courtesy Copies and Court Messenger Fees | $192.56 |
| Necessary travel, lodging, and meals | $1,074.93 |
| **TOTAL EXPENSES** | $1,327.92 |

6.    The litigation expenses incurred in the Action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records, and other source materials. To the best of my knowledge, these expenses are an accurate record of the expenses incurred in the prosecution of this Action.

Executed on July 18, 2022.

/s/ *Laurence M. Rosen*
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN CONCERNING ATTORNEYS' FEES AND EXPENSES