# EXHIBIT 4

**POMERANTZ LLP**
Joshua B. Silverman (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com
ctourek@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | Case No. 2:20-cv-02303-CBM-MAA<br><br>CLASS ACTION<br><br>**DECLARATION OF JOSHUA B. SILVERMAN**<br><br>Date: August 16, 2022<br>Time: 8:00 a.m.<br>Courtroom: 8B<br>Judge: Hon. Consuelo B. Marshall |

I, Joshua B. Silverman, an attorney, declare as follows:

I am a partner in the law firm Pomerantz LLP, appointed as Co-Lead Counsel in this Action. I have been personally involved in the prosecution of this Action, and have personal knowledge of the facts set forth herein. I would testify to those facts if called to do so.

I and other attorneys at Pomerantz LLP contemporaneously record litigation expenses advanced by Pomerantz LLP in this Action. Such expenses are allocated in the firm's accounting system and, to the best of my knowledge, accurately reflect the litigation expenses advanced to date.

Pomerantz LLP, as Co-Lead Counsel, has spearheaded all aspects of this litigation together with The Rosen Law Firm, including: thoroughly investigating the legal and factual bases for claims against defendants, obtaining service over foreign defendants, drafting the initial complaint and two amended complaints, opposing motions to dismiss, conferring with defendants regarding discovery and other case management issues, evaluating damages, monitoring the parent company's bankruptcy and global litigation impacting assets and recoverability of individual defendants, negotiating settlements, arranging the administration of settlements, and seeking preliminary and final approval of settlements.

Pomerantz LLP's lodestar as of July 11, 2022 is $291,620.90, detailed as follows:

| Name | Status | Current Rate | Hours | Current Total |
|------|--------|--------------|-------|---------------|
| Silverman, Joshua B | Partner | $920.00 | 124.90 | $114,908.00 |
| Hood, Alex | Of Counsel | $645.00 | 3.10 | $1,999.50 |
| LoPiano, James | Associate | $415.00 | 2.06 | $854.90 |
| Schneider, Jared | Associate | $510.00 | 203.30 | $103,683.00 |

DECLARATION OF JOSHUA B. SILVERMAN

| Tourek, Christopher | Associate | $615.00 | 108.70 | $66,850.50 |
|---|---|---|---|---|
| Lo, Jack | Paralegal | $350.00 | 9.50 | $3,325.00 |
| | | | Total | $291,620.90 |

The above lodestar chart sets forth the amount of time Pomerantz LLP attorneys and professional staff billed from March 2, 2022. The lodestar calculation for those individuals is based on current billing rates. Time expended on application for fees and reimbursement of expenses has not been included in this request.

Pomerantz LLP advanced the following expenses which have not been reimbursed in connection with either of the prior two settlements. All of these expenses were reasonably necessary and intended solely to advance the prosecution of this Action for the benefit of Class members:

Computer research $6.91

Necessary travel, lodging, and meals $2,048

Total $2,054.91

I declare the foregoing to be true under threat of perjury.

Joshua B. Silverman

2

DECLARATION OF JOSHUA B. SILVERMAN