# EXHIBIT 6

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on behalf of all others similarly situated, | No. 2:20-cv-02303-CBM(MAAx) |
| Plaintiff, | CLASS ACTION |
| v. | **DECLARATION OF ABDUL RAZEQ ABDUL AHAD** |
| NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY, | |
| Defendants. | |

1

DECLARATION OF ABDUL RAZEQ ABDUL AHAD

Pursuant to 28 U.S.C. § 1746, I, Abdul Razeq Abdul Ahad, declare:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.      I hereby submit this declaration in support of: (1) Plaintiffs' motion for final approval of the proposed settlement with Defendant B.R. Shetty ("Shetty") and approval of the proposed plan of allocation; (2) Co-Lead Counsel's request for attorneys' fees and reimbursement of expenses; and (3) Plaintiffs' motion for reimbursement of the reasonable costs and expenses incurred in connection with my representation of the Settlement Class. I intend nothing in this Declaration to constitute a waiver of attorney-client privilege or the work product doctrine.

2.      I am a Co-Lead Plaintiff in the above-captioned action. I seek to be a Class Representative of the Settlement Class. Chris Hashem and Shengming Huang are the other Co-Lead Plaintiffs in the above-captioned action.

3.      I reside in the United Arab Emirates. I am a graduate of Herat University in Afghanistan. I have been investing in stocks for over four years.

4.      I understand that Plaintiffs have settled this securities class action against Defendant Shetty for $300,000. I believe this is a fair and adequate result considering the strengths of the case in light of the risks and expense of continued litigation.

5.      As a Co-Lead Plaintiff and proposed class representative for settlement purposes, I have been actively involved in the prosecution of this case since I sought to be and was appointed as a Co-Lead Plaintiff.

6.      In fulfillment of my responsibilities as Co-Lead Plaintiff on behalf of the members of the Class in this Action, I have worked closely with Co-Lead Counsel regarding all aspects of the litigation.

7.      Throughout the litigation, I received periodic status reports from Co-Lead Counsel on case developments and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) regularly

DECLARATION OF ABDUL RAZEQ ABDUL AHAD

communicated with my attorneys regarding the posture and progress of the case, as well as litigation strategy; (b) conducted my own research of NMC Health plc; (c) reviewed all significant pleadings and briefs filed in the Action, including the initial complaint, the amended complaint, the second amended complaint, and the lead plaintiff motion; (d) evaluated and approved the proposed settlement against Defendant Tompkins reached in principal in June 2021, the proposed settlement against Defendant Manghat reached in principal in November 2021, and the proposed settlement against Defendant Shetty reached in principal in February 2022; and (e) reviewed the settlement documents.

8.    Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

9.    I believe that Co-Lead Counsel's request for an award of attorney's fees in the amount of one-third of the Settlement Fund is fair and reasonable in light of the work Co-Lead Counsel performed on behalf of the Settlement Class. I have evaluated Co-Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

10.    I further believe that the litigation expenses being requested for reimbursement to Co-Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

11.    I understand that the Private Securities Litigation Reform Act of 1995 provides for the reimbursement of costs and expenses (including lost wages) incurred

DECLARATION OF ABDUL RAZEQ ABDUL AHAD

or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation. I believe that I fulfilled my fiduciary duty to class members to work with counsel to make sure the class received fair and adequate representation. I have done my best to promote the interests of the class vigorously and to obtain the largest recovery possible under the circumstances, which I believe the Settlement achieves.

12.    The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me. I seek reimbursement in the amount of $3,000 for the time I devoted to participating in this Action, which I estimate to be approximately 20 hours. It is my belief that this request for reimbursement is fair and reasonable.

13.    In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. I respectfully request that the Court approve: (a) the motion for final approval of the proposed settlement with Defendant Shetty and approval of the proposed plan of allocation; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) Plaintiffs' request for reimbursement of the reasonable costs and expenses incurred in connection with my representation of the Settlement Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/15/2022_____

DocuSigned by:

_____
DB20EBA52A5D464...
Abdul Razeq Abdul Ahad

4

DECLARATION OF ABDUL RAZEQ ABDUL AHAD