**POMERANTZ LLP**
Joshua B. Silverman (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com

[Additional Counsel on Signature Page]

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>Defendants. | Case No. 2:20-cv-02303-CBM-MAA<br><br>**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF (1) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT SHETTY AND (2) MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS**<br><br>Date: August 16, 2022<br>Time: 8:00 AM<br>Hon. Consuelo B. Marshall<br>Courtroom: 8B<br><br><u>CLASS ACTION</u> |

PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF (1) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT SHETTY AND (2) MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS; 2:20-cv-02303-CBM-MAA

# **TABLE OF CONTENTS**

**Page**

TABLE OF CONTENTS ..........................................................................................i

TABLE OF AUTHORITIES ................................................................... ii

I.      The Claims Administrator Provided Notice of the Shetty Settlement to Potential Settlement Class Members ...........................................................2

II.     The Absence of Objections or Exclusions Strongly Supports Final Approval................................................................................2

III.    Conclusion .................................................................................4

i

## TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Hanlon v. Chrysler Corp.*,
    150 F.3d 1011 (9th Cir. 1998) ...................................................................................3

*In re Immune Response Sec. Litig.*,
    497 F. Supp. 2d 1166 (S.D. Cal. 2007)...................................................................3

*In re Rambus Inc. Derivative Litig.*,
    No. C 06-3513 JF (HRL), 2009 WL 166689 (N.D. Cal. Jan. 20, 2009) ..............3

*In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., & Prod. Liab. Litig.*,
    No. MDL 2672 CRB (JSC), 2019 WL 2077847 (N.D. Cal. May 10, 2019)....2, 3

*Stevens v. Safeway Inc.*,
    No. CV0501988MMMSHX, 2008 WL 11496497 (C.D. Cal. Feb. 25, 2008).....3

Co-Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad ("Plaintiffs") submit this reply memorandum in support of: (1) Plaintiffs' Motion for Final Approval of Class Action Settlement with Defendant Shetty and Plan of Allocation, and Final Certification of the Settlement Class ("Final Approval Motion") (Dkt. No. 135); and (2) Plaintiffs' Motion for Award of Attorneys' Fees and Expenses and Award to Lead Plaintiffs ("Fee Motion") (Dkt. No. 137).

The Court-ordered July 26, 2022 deadline for Settlement Class Members[1] to either: object to the fairness, reasonableness, or adequacy of the Shetty Settlement, plan of allocation, proposed attorneys' fees and expenses, and/or proposed compensatory awards to Plaintiffs; or request exclusion from the Shetty Settlement has lapsed. As of this filing, ***no Settlement Class Member has objected to any aspect of the Settlement or proposed awards, or excluded themselves from the Shetty Settlement***. *See* Supplemental Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; and (B) Report on Requests for Exclusion and Objections ("Supp. Craig Decl."), attached as **Exhibit A**.

Accordingly, the Settlement Class Members' reaction to the proposed Shetty Settlement, plan of allocation, proposed attorneys' fees and expenses, and proposed compensatory awards to Plaintiffs strongly supports entering the [Proposed] Order of Final Judgment attached hereto as **Exhibit B**. [2]

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Stipulation of Settlement dated February 17, 2022 ("Settlement" or "Stipulation") (Dkt. No. 117-2).

[2] The [Proposed] Order and Partial Final Judgment was initially filed as Docket No. 135-1. An updated version without references to any exclusion requests in paragraph 6, is submitted herewith.

## I.    The Claims Administrator Provided Notice of the Shetty Settlement to Potential Settlement Class Members

The Claims Administrator, Strategic Claims Services ("SCS"), mailed 1,718 Postcard Notices to potential Settlement Class Members. *See* Supp. Craig Decl. ¶2. One nominee also notified the Claims Administrator that they emailed 247 of their customers to notify them of this Settlement and provide them with a direct link to the Notice Packet on the settlement webpage. *Id.*

Since Plaintiffs filed the Final Approval Motion and Fee Motion on July 19, 2022, no additional Postcard Notices were mailed or additional links of the Notice Packet were emailed. *Id.* In total, 1,965 potential Settlement Class Members were notified of the Shetty Settlement either by mailed Postcard Notice or emailed a direct link of the Notice Packet. *Id.*

SCS also disseminated the Summary Notice electronically over *GlobeNewswire* (Dkt. No. 139-1 ¶8). On April 22, 2022, SCS established a website dedicated to the Shetty Settlement which included the online claim filing link, case deadlines, and important documents such as the Notice Packet, the Preliminary Approval Order, and the Stipulation. Craig Supplemental Decl. ¶4; Dkt. No. 139-1 ¶10. SCS has also maintained a toll-free telephone number for potential Settlement Class Members. Suppl. Craig Decl. ¶3.

The July 15, 2022 claims filing deadline and the July 26, 2022 deadline for objections and requests for exclusions have passed. To date, there have been no requests for exclusion from the Settlement nor any objections to any aspect of the Shetty Settlement. *Id.* ¶¶5-6.

## II.    The Absence of Objections or Exclusions Strongly Supports Final Approval

It has long been held that the reaction of the class to the proposed settlement is an important factor in evaluating the fairness of the settlement. *See, e.g., In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., & Prod. Liab. Litig.*, No. MDL

2

2672 CRB (JSC), 2019 WL 2077847, at *3 (N.D. Cal. May 10, 2019). Here, after completing a robust notice program that included disseminating notice of the settlement to 1,965 potential Class Members, publishing summary notice on a widely-distributed, business-oriented newswire, and hosting a comprehensive settlement website containing all notice and settlement-related materials, not a single Settlement Class Member has raised any objection to any aspect of the Settlement, the Plan of Allocation, request for an award of attorneys' fees and expenses, or the request for compensatory awards to Plaintiffs. *See* Suppl. Craig Decl. at ¶¶5-6.

The lack of objections or exclusions is strong evidence of the fairness, reasonableness, and adequacy of the Shetty Settlement. *See, e.g.*, *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1026 (9th Cir. 1998) ("[T]he fact that the overwhelming majority of the class willingly approved the offer and stayed in the class presents at least some objective positive commentary as to its fairness."); *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) ("the absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members"); *Stevens v. Safeway Inc.*, No. CV0501988MMMSHX, 2008 WL 11496497, at *7 (C.D. Cal. Feb. 25, 2008) ("The fact that so few class members objected to the proposed settlement is strong evidence that it is both fair and adequate.").

That no Settlement Class Member objected to the proposed fee request, expense reimbursement request, or compensatory award to Plaintiffs—all of which were fully disclosed in the Notice—likewise supports those requests. *See In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("The lack of objection from any Class Member supports the attorneys' fees award"). The

PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF (1) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT SHETTY AND (2) MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS; 2:20-cv-02303-CBM-MAA

Notice apprised Settlement Class members that Co-Lead Counsel would seek attorneys' fees of up to one-third of the Settlement Amount, plus interest, and litigation expenses not to exceed $10,000, and that they would seek an award to Plaintiffs of up to $3,000 each. (Dkt. No. 139-1 at Ex. A, C). Here, there were no objections or exclusions, a reaction that strongly favors granting both the Final Approval Motion and the Fee Motion.

**III.    Conclusion**

Accordingly, for all of the foregoing reasons, and in the Final Approval Motion and Fee Motion, Plaintiffs respectfully request that the Court enter the [Proposed] Order and Partial Final Judgment submitted herewith as **Exhibit B**.

Dated: August 9, 2022                           Respectfully submitted,

                                                              **POMERANTZ LLP**

By:    */s/ Joshua B. Silverman*
            Joshua B. Silverman (*pro hac vice*)
            Christopher P.T. Tourek (*pro hac vice*)
            10 South LaSalle Street, Suite 3505
            Chicago, Illinois 60603
            Telephone: (312) 377-1181
            Facsimile: (312) 377-1184
            jbsilverman@pomlaw.com
            ctourek@pomlaw.com

            **THE ROSEN LAW FIRM, P.A.**

            Laurence M. Rosen (SBN 219683)
            355 South Grand Avenue, Suite 2450
            Los Angeles, California 90071
            Telephone: (213) 785-2610
            Facsimile: (213) 226-4684
            Email: lrosen@rosenlegal.com

            *Counsel for Lead Plaintiffs*

PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF (1) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT SHETTY AND (2) MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS; 2:20-cv-02303-CBM-MAA

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 9, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List. I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this August 9, 2022 at Chicago, Illinois.

*/s/ Joshua B. Silverman*
Joshua B. Silverman

PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF (1) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT SHETTY AND (2) MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS; 2:20-cv-02303-CBM-MAA