# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS HASHEM, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>　　　　　　　Defendants. | Case No.: 2:20-cv-02303-CBM-MAA<br><br>(Consolidated with Case No. 2:20-cv-02895-CBM-MAA)<br><br>[Honorable Consuelo B. Marshall] |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1. I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fourteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception. Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement, dated April 8,

2022 (the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator in connection with the Settlement of the above-captioned action.[1]  I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the mailing of the Postcard Notice to potential Settlement Class Members and other aspects of the Settlement administration process.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF POSTCARD NOTICE

2.    As noted in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated July 18, 2022 (the "Craig Declaration"), SCS mailed or emailed 2,167 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 1,718 Postcard Notices to potential Settlement Class Members or nominees.  Additionally, as noted in the Craig Declaration, SCS was notified by one of the nominees that they emailed 247 of their customers to notify them of this settlement and provided a direct link to the Notice Packet on the settlement webpage. Since the Craig Declaration was filed, no additional Postcard Notices

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated February 17, 2022 (the "Stipulation").

2

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-02895-CBM-MAA

were mailed, no additional Notice Packets were emailed, and no additional direct links to the Notice Packet were emailed due to responses from Nominee Account Holders and Institutional Groups.  In total, 1,965 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link of the Notice Packet.

### UPDATE ON TOLL-FREE PHONE LINE

3.     The Craig Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request a Notice Packet.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Member inquiries.

### UPDATE ON SETTLEMENT WEBPAGE

4.     The Craig Declaration also noted that on April 22, 2022, SCS updated the webpage dedicated to the Settlement on its website at www.strategicclaims.net/NMCHealth/.  The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains three sections. The first section is the current status; the case deadlines; the online claim filing link; and important documents for this Settlement, the second section is for the Manghat Settlement, and the third section is for the Tompkins Settlement.  SCS continues to maintain the webpage.

3

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-02895-CBM-MAA

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

5.      The Postcard Notice, Notice, Summary Notice, and settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than July 26, 2022.  SCS has been monitoring all mail delivered for this case. As of the date of this declaration, no exclusion requests were received by SCS.

6.      According to the Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or to Co-Lead Counsel's motion for expenses, or application for Awards to Lead Plaintiffs, must have been submitted to Co-Lead Counsel and Shetty's Counsel, as well as filed with the Clerk of the Court, no later than July 26, 2022. As of the date of this declaration, SCS has not received any objections and SCS has not been notified that an objection was filed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of August, in Media, Pennsylvania.

_____
Margery Craig

4

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-02895-CBM-MAA