UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **2:20-cv-02303-CBM-(MAAx)** | Date | August 16, 2022 |
|---|---|---|---|

| Title | Chris Hashem v. NMC Health PLC, et al. |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Dolores Ramos for Yolanda Skipper | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher Tourek | Ana Vasquez |

**Proceedings:**   **FINAL APPROVAL SETTLEMENT (IN-PERSON)**

The case is called and counsel state their appearances. The Court and counsel confer.

Following discussions with the parties, the Court GRANTS the Motion for Settlement approval [135] and the Motion for Attorney Fees [137].   A written order to issue.

IT IS SO ORDERED.

cc: all parties

_____: 14

CV 90 (12/02)                                                    **CIVIL MINUTES - GENERAL**                                     Initials of Deputy Clerk: dr