**POMERANTZ LLP**
Joshua B. Silverman (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com

[Additional Counsel on Signature Page]

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BHUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY,<br><br>    Defendants. | Case No. 2:20-cv-02303-CBM-MAA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>CLASS ACTION |

WHEREAS, Defendants Khalifa Bin Butti and Prashanth Shenoy (collectively, "Remaining Defendants") have not appeared, served an answer or filed a motion for summary judgment in the above-captioned action *Hashem v. NMC Health PLC, et al.*, No. 2:20-cv-02303-CBM-MAA (C.D. Cal.);

WHEREAS, the Court has finally approved settlements between Co-Lead Plaintiffs and Defendants H.J. Mark Tompkins, Prasanth Manghat, and B. R. Shetty, and the claims against these Defendants have been dismissed with prejudice; and

WHEREAS, Co-Lead Plaintiffs do not believe that further pursuit of claims against the Remaining Defendants would be cost effective or in the best interests of putative class members;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Co-Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul Ahad hereby voluntarily dismiss the above-captioned action, without prejudice, as to the Remaining Defendants.

Dated: September 30, 2022            Respectfully submitted,

**POMERANTZ LLP**

By:    */s/ Joshua B. Silverman*
         Joshua B. Silverman (*pro hac vice*)
         Christopher P.T. Tourek (*pro hac vice*)
         10 South LaSalle Street, Suite 3505
         Chicago, Illinois 60603
         Telephone: (312) 377-1181
         Facsimile: (312) 377-1184
         jbsilverman@pomlaw.com
         ctourek@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

         Laurence M. Rosen (SBN 219683)
         355 South Grand Avenue, Suite 2450

1

Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiffs*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 30, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List. I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this September 30, 2022 at Chicago, Illinois.

*/s/ Joshua B. Silverman*
Joshua B. Silverman

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41
2:20-cv-02303-CBM-MAA