Joshua B. Silverman (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
**POMERANTZ LLP**
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com
ctourek@pomlaw.com

*Class Counsel for Plaintiffs
and the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS HASHEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NMC HEALTH PLC, PRASANTH MANGHAT, KHALIFA BIN BUTTI, PRASHANTH SHENOY, H.J. MARK TOMPKINS, and B.R. SHETTY, <br><br> Defendants. | Case No. 2:20-cv-02303-CBM-MAA <br><br> **PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR ENTRY OF AN ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT FUND** <br><br> Date: January 31, 2023 <br> Time: 10:00 AM <br> Hon. Consuelo B. Marshall <br> Courtroom: 8B <br><br> <u>CLASS ACTION</u> |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on January 31, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8B of the Honorable Consuelo B. Marshall, United States District Judge for the Central District of California, located at 350 West First Street, Los Angeles, California, Lead Plaintiffs Chris Hashem, Shengming Huang, and Abdul Razeq Abdul ("Plaintiffs") will, and hereby do, move this Court for an Order: (a) distributing the Net Settlement Fund on a *pro rata* basis to Authorized Claimants pursuant to individual Stipulations of Settlement with Defendants H.J. Mark Tompkins (ECF No. 50-2) dated June 14, 2021, Prasanth Manghat (ECF No. 100-2) dated November 2, 2021, and B.R. Shetty (ECF No. 117-2) dated February 17, 2022 (collectively, the "Stipulations") and the Plans of Allocation of the Net Settlement Fund set forth in the Notices of Pendency and Settlement of Class Action that were disseminated to Class Members pursuant to this Court's prior Order; (b) ordering Claims Administrator, Strategic Claims Services, to maintain the completed Proofs of Claims on file for one year after the final distribution date, (c) granting Claims Administrator, Strategic Claims Services, an additional payment of $15,889.23 from the Settlement Fund, and (d) if an in-person hearing is scheduled, granting Class Counsel reasonable travel expenses from the Settlement Fund to attend any hearing on this matter not to exceed $1,500.00.

Plaintiffs base this unopposed motion upon the Memorandum in Support of Unopposed Motion for Entry of an Order for Distribution of Class Settlement Fund, the Declaration of Margery Craig. and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Defendants do not oppose the relief requested by this motion.

1

Dated: January 5, 2023                Respectfully submitted,

**POMERANTZ LLP**

By:    */s/ Joshua B. Silverman*

Joshua B. Silverman (*pro hac vice)*
Christopher P.T. Tourek (*pro hac vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com
ctourek@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Class Counsel for Plaintiffs*
*and the Class*

2

## PROOF OF SERVICE BY ELECTRONIC POSTING

I hereby certify that on January 5, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Joshua B. Silverman*
Joshua B. Silverman