UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 20-2303-CBM(MAAx)** | Date | JANUARY 31, 2023 |
|---|---|---|---|
| Title | Chris Hashem v. NMC Health Plc et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Katherine Stride |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Christopher Tourek, via telephone            No Appearance made

**Proceedings:**    HEARING RE PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF AN ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT FUND [147]

The case is called and counsel state their appearance.  The Court and counsel confer.

Following discussions with the parties,  the Court advises counsel that the unopposed motion for entry of an order for distribution of class settlement fund [147] is hereby granted.

Counsel shall review the proposed order and if this order needs to be revised it should be filed by no later than February 2, 2023.  If the Court does not get an amended order the Court will issue an order.


IT IS SO ORDERED.

cc: all parties                                    **: 17**