### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | 2:20-cv-02303-CBM-(MAAx) | Date | August 13, 2024 |
|---|---|---|---|

| Title | *Chris Hashem v. NMC Health Plc et al* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**          **IN CHAMBERS- ORDER RE: STATUS REPORT**

The Court is in receipt of Plaintiffs' Status Report filed on August 1, 2024. Having reviewed the report and good cause appearing, the Court hereby orders that the remaining $37.13 of the class settlement fund be awarded to the Claims Administrator, and that this case be closed.

Please ENTER JS-6.

**IT IS SO ORDERED.**

00    :